≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Robert D. Pritchard,
    Plaintiff

        V.

TrafficCast, Inc.; Bin Ran;
and Connie Jing Li,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 CV 11135 MLW**

TO: (Name and address of Defendant)    Dr. Bin Ran, 5806 Verde View Road, Fitchburg, WI 53711-5862

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul Michienzie, Esq.
John C. Barker, Esq.
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

*[Stamp: RECEIVED 05 AUG 19 AM 10:48 DANE COUNTY SHERIFF]*

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK          *[signature]*          DATE    8-12-05

(By) DEPUTY CLERK

*[Seal: UNITED STATES DISTRICT COURT MASSACHUSETTS]*

05010678

Dane County Sheriff's Office
Civil Process
115 West Doty Street
MADISON, WI 53703

Process Number:  05010678                Court Number: 05CV11135MLW

I, Gary H. Hamblin, Sheriff of Dane County, do hereby certify that I received the within and foregoing SUMMONS, COMPLAINT, JURY DEMAND on 19th day of August, 2005, and that I served the same on:

    BIN  RAN   (Defendant)
    5806 VERDE VIEW RD
    FITCHBURG, WI
    Served on: 23rd day of August, 2005 at 18:57:08 by Glenn R Weeden

    Served to: CONNIE LI   (WIFE)
           5806 VERDE VIEW RD
           FITCHBURG, WI

Returned on the 22nd day of August, 2005

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 23rd day of August, 2005

                              Gary H. Hamblin, Sheriff
                              Dane County Sheriff's Office, Wisconsin

                       BY: _____Weeden_____
                              Deputy Sheriff
                              Civil Process

Remarks:
22nd day of August, 2005 at 17:00:00
PER WIFE, OUT OF TOWN UNTILL 09/05/05

23rd day of August, 2005 at 18:57:08
PER JOHN BARTER, PERSON ISSUING PAPERS, SUBSTITUTE SERVICE ON WIFE, CONNIE LI, AUTHORIZED.  SERVICE TO WIFE WAS MADE AT THIER RESIDENCE. BIN RAN IS OUT OF TOWN UNTIL APPROXIMATELY 9/5/05