AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Robert D. Pritchard,
    Plaintiff

V.

TrafficCast, Inc.; Bin Ran; and Connie Jing Li,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05CV 1 1 1 3 5 MLW

TO: (Name and address of Defendant)  Ms. Connie Jing Li, 5806 Verde View Road, Fitchburg, WI 53711-5862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul Michienzie, Esq.
John C. Barker, Esq.
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

By) DEPUTY CLERK

DATE  8-12-05

Dane County Sheriff's Office
Civil Process
115 West Doty Street
MADISON, WI 53703

Process Number: 05010678          Court Number: 05CV11135MLW

I, Gary H. Hamblin, Sheriff of Dane County, do hereby certify that I received the within and foregoing SUMMONS, COMPLAINT, JURY DEMAND on 19th day of August, 2005, and that I served the same on:

    CONNIE JING LI   (Defendant)
    5806 VERDE VIEW RD
    FITCHBURG, WI
    Served on: 22nd day of August, 2005 at 17:15:50 by Glenn R Weeden

    Served to: CONNIE LI   (RESPONDENT)
           2802 COHO ST STE 102 - TRAFFIC CAST INC
           FITCHBURG, WI

Returned on the 22nd day of August, 2005

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 22nd day of August, 2005

                                      Gary H. Hamblin, Sheriff
                                      Dane County Sheriff's Office, Wisconsin

                          BY: _____
                                Deputy Sheriff
                                Civil Process