Dane County Sheriff's Office
Civil Process
115 West Doty Street
MADISON, WI 53703

Process Number:  05011441                Court Number: 05CV11135MLW

I, Gary H. Hamblin, Sheriff of Dane County, do hereby certify that I received the within and foregoing SUMMONS, COMPLAINT, JURY DEMAND on 7th day of September, 2005, and that I served the same on:

BIN  RAN   (Defendant)
5806 VERDE VIEW RD
FITCHBURG, WI
Served on: 7th day of September, 2005 at 18:00:51 by Glenn R Weeder

Served to: BIN RAN    (RESPONDENT)
5806 VERDE VIEW RD
FITCHBURG, WI

Returned on the 7th day of September, 2005

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 7th day of September, 2005

Gary H. Hamblin, Sheriff
Dane County Sheriff's Office, Wisconsin

BY: _____*G. Weeder*_____
Deputy Sheriff
Civil Process

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Robert D. Pritchard,
    Plaintiff

V.

TrafficCast, Inc.; Bin Ran;
and Connie Jing Li,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 CV 11135 MLW

TO: (Name and address of Defendant) Dr. Bin Ran, 5806 Verde View Road, Fitchburg, WI  711-5862

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul Michienzie, Esq.
John C. Barker, Esq.
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE 8-12-05