IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 28 P 2: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ROBERT D. PRITCHARD,**

      Plaintiff,

vs.

**TRAFFICCAST, INC., BIN RAN,**
and **CONNIE JING LI,**

      Defendants.

Case No.    05CV11135MLW

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Brian A. Gillis, Esq. as counsel for the defendants, TrafficCast, Inc., Bin Ran, and Jing (Connie) Li, in the above-captioned matter for the purpose of contesting the issue of personal jurisdiction as set forth in the defendants' motion filed herewith.

Respectfully submitted,

By the Defendants,

*/s/ Brian A. Gillis*

Brian A. Gillis, Esq.  BBO# 547767
45 School Street
Boston, Massachusetts 02108
(617) 720-4443

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by hand delivery on September 28, 2005.

*/s/ Brian A. Gillis*

Brian A. Gillis, Esq.