IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT D. PRITCHARD,

    Plaintiff,

vs.

TRAFFICCAST, INC., BIN RAN,
and CONNIE JING LI,

    Defendants.

Case No. 05CV11135MLW

---

# DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE AND, ALTERNATIVELY, TO TRANSFER VENUE

---

NOW COME DEFENDANTS, TrafficCast, Inc., Bin Ran, and Jing (Connie) Li, by their attorney, Brian A. Gillis, and move the Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(2), Lack of Jurisdiction Over the Person, and Rule 12(b)(3), Improper Venue, of the Federal Rules of Civil Procedure. In the event the Court denies these motions, Defendants respectfully request that the Court transfer venue to the U.S. District Court for the Western District of Wisconsin, pursuant to 28 U.S.C. § 1404(a), where the case may be consolidated with another action pending between TrafficCast, Inc. and Robert D. Pritchard. *TrafficCast, Inc. v. Pritchard*, United States District Court Case No. 05-C-0557S (formerly Wisconsin State Court, Dane County Case No. 05CV2786).

This Motion is supported by the following:

1. An Affidavit of Bin Ran in Support of Defendants' Motion to Dismiss for Lack of Jurisdiction or to Transfer Venue;

2

    2.     An Affidavit of Jing (Connie) Li in Support of Defendants' Motion to Dismiss for Lack of Jurisdiction or to Transfer Venue;

    3.     A Brief in Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and, Alternatively, to Transfer Venue;

    4.     All Pleadings and other documents already on file with the court.

Respectfully submitted,

By the Defendants,

_____
Brian A. Gillis, Esq.  BBO# 547767
45 School Street
Boston, Massachusetts 02108
(617) 720-4443

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by hand delivery on September 28, 2005.

_____
Brian A. Gillis, Esq.