IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT D. PRITCHARD,

    Plaintiff,

vs.

                                Case No.    05CV11135MLW

TRAFFICCAST, INC., BIN RAN,
and CONNIE JING LI,

    Defendants.

## CERTIFICATION OF COUNSEL

    In accordance with the provisions of Rule 7.1(A)(2) of the Local Rules of this Court, I, Brian A. Gillis, Esq., as counsel for the defendants, TrafficCast, Inc. Bin Ran and Jing (Connie) Li, hereby certify that, on September 28, 2005, I conferred with counsel for the plaintiff, Attorney Paul Michienzie, and attempted in good faith to resolve or narrow the issues raised by the defendants' motion to dismiss for lack of personal jurisdiction and improper venue, and alternatively to transfer venue, filed herewith. The parties were unable to resolve or narrow the issues so raised.

                                                Respectfully submitted,

                                                By the Defendant,

                                                /s/ Brian A. Gillis
                                                Brian A. Gillis, Esq. BBO# 547767
                                                45 School Street
                                                Boston, Massachusetts 02108
                                                (617) 720-4443

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by hand delivery on

September 28, 2005.                                  _____
                                                     Brian A. Gillis, Esq.

2