**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OF ICE

2005 SEP 28 P :30

**ROBERT D. PRITCHARD,**

Plaintiff,

vs.

**TRAFFICCAST, INC., BIN RAN,**
and **CONNIE JING LI,**

Defendants.

U.S. DISTRICT COURT
DISTRICT OF MASS.

**Case No. 05CV11135MLW**

---

### AFFIDAVIT OF BIN RAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION OR TO TRANSFER VENUE

Bin Ran, being first duly sworn, on oath deposes and says as follows:

1.  Your affiant is one of the defendants in the above-captioned matter. I am also an officer (President), director and founding shareholder of TrafficCast, Inc. This Affidavit is submitted in support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or To Transfer Venue.

2.  TrafficCast, Inc. is a corporation organized under the laws of the State of Wisconsin. It was incorporated in 1999, under the name TrafficCast.com, Inc. The name was changed in 2001 to TrafficCast, Inc. ("TrafficCast").

3.  The initial shareholders in the corporation were me and my wife, Jing (Connie) Li.

4.  Connie Li and I lived in Massachusetts for approximately one year starting in 1994.

5.  We moved to Madison, Wisconsin in 1995 and the business TrafficCast started while we lived in Wisconsin.

6.  During the entire existence of TrafficCast, we have resided in Wisconsin.

7.  TrafficCast has not advertised in Massachusetts, either for customers or for the employment of a company representative.

8.  I met Mr. Pritchard while attending various conferences, none of which were in Massachusetts.

1

9.  Mr. Pritchard contacted us in late 1999, and came to see us in Madison to discuss business relationship with TrafficCast. At that time he was still employed by a com pany named Cambridge Systematics.

10. After meeting with Mr. Pritchard in Madison, Wisconsin in November of 1999, Feb ruary of 2000, and at the end of March of 2000, we agreed to retain him as an inde pendent contractor to raise venture capital, prepare a business plan, draft an employee handbook, update our website and assist with marketing.

11. Mr. Pritchard had no specific responsibilities in the state of Massachusetts.

12. Mr. Pritchard's territory was all of the United States. He was not retained because he resided in Massachusetts or had specific contacts or prospective customers in Mas sachusetts.

13. TrafficCast had no specific intent to conduct business in Massachusetts, any more than any other state.

14. While acting as an independent contractor for TrafficCast Mr. Pritchard also acted as an independent contractor for at least one other company.

15. TrafficCast has no clients within the State of Massachusetts and has had no clients in Massachusetts since the inception of the corporation's business.

16. TrafficCast has never received any revenue or made any sales in the State of Massa-chusetts.

17. TrafficCast never knew about, authorized or paid rent for any office in Massachu-setts. Mr. Pritchard worked out of his home in Foxboro.

18. No letterhead or business cards evidencing a Massachusetts office have ever been authorized or seen by me.

19. TrafficCast has never conducted business in Massachusetts, has never filed any in-come tax forms in the State of Massachusetts, and has never been registered as a foreign corporation authorized to do business within the State of Massachusetts.

20. To the best of my knowledge, other than my residency in Massachusetts in or around 1994, I have only been in Massachusetts on four occasions. From April 30-May 3, 2000, I attended a conference in Boston, Massachusetts for the Intelligent Transpor-tation Society of America, which is a non-profit organization related primarily to

2

transportation issues in the United States. Connie Li and Mr. Pritchard also attended This was an annual conference that is held in a different city each year.

21. I was in Massachusetts earlier this year for one night for a meeting with Polari Venture. Polaris Venture is not a client of TrafficCast and the meeting was not re lated to any business being conducted within the State of Massachusetts.

22. Connie Li and I did go to Massachusetts, at the request of Mr. Pritchard to meet hi family and an attorney that he was recommending to us. This meeting took place a Mr. Pritchard's home.

23. The only other meeting I can recall with Mr. Pritchard was some time in June o 2001, when we met with a company in Boston. This did not lead to any client rela tionship.

24. Besides Connie Li and me, no other employee of TrafficCast has attended any meetings within the State of Massachusetts for the benefit of TrafficCast.

25. There were also a number of business development meetings with Mr. Pritchard in other states.

26. Mr. Pritchard's work for TrafficCast was, on the other hand, conducted primarily in Wisconsin. Mr. Pritchard made the following trips to Wisconsin for TrafficCast business:

   A. November 5, 1999. This was an initial meeting with Connie Li and me concerning what services Mr. Pritchard could provide TrafficCast.

   B. February 17-18, 2000. This was the second meeting between Mr. Pritchard and TrafficCast staff discussing an independent contractor relationship.

   C. March 22-24, 2000. Mr. Pritchard had meetings with TrafficCast staff and we discussed a business development plan for TrafficCast and Mr. Pritchard's work as an independent contractor.

   D. August 28-30, 2000. Mr. Pritchard was involved in a meeting with TrafficCast staff and a company called InfoMove.

   E. October 19-20, 2000. Mr. Pritchard was involved in a meeting with TrafficCast staff and Motorola.

   F. December 19-21, 2000. Mr. Pritchard was involved in a meeting with TrafficCast staff and the companies TravelForecast and U.S. Wireless.

3

G.   January 31-February 1, 2001. Mr. Pritchard was involved in a meeting wit TrafficCast staff and the companies Motorola and Navtech.

H.   May 16-18, 2001. Mr. Pritchard was involved in a meeting with TrafficCas staff and the company Webraska.

I.   December 11-12, 2001. Mr. Pritchard was involved in a meeting with Traffic Cast staff and the company TelContar.

J.   March 20, 2002. Mr. Pritchard had a meeting with TrafficCast staff.

27.   I have read the foregoing 26 paragraphs and attest that they are true and correct, and based on my personal knowledge.

Dated this 20ᵗʰ day of September, 2005.

**TRAFFICCAST, INC.**

Bin Ran

STATE OF WISCONSIN

}  SS

COUNTY OF DANE

Subscribed and sworn to before me this
20ᵗʰ day of September, 2005.

Notary Public, State of Wisconsin
My Commission:   is permanent   .

CERTIFICATE OF SERVICE
I hereby certify that on this day a true
copy of the above document was served
upon the attorney of record for each
party by mail/by hand.

3817.006A.DOC

4