IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 28 P 2: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ROBERT D. PRITCHARD,**

    Plaintiff,

vs.

Case No.   05CV11135MLW

**TRAFFICCAST, INC., BIN RAN,
and CONNIE JING LI,**

    Defendants.

## DISCLOSURE STATEMENT

In accordance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, Brian A. Gillis, Esq., as counsel for the defendant, TrafficCast, Inc., hereby makes the following disclosure:

1. TrafficCast, Inc. does not have a parent corporation; and

2. No stock in TrafficCast, Inc. is owned by a publicly owned corporation.

Respectfully submitted,

By the Defendant,

*/s/ Brian A. Gillis*
Brian A. Gillis, Esq.  BBO# 547767
45 School Street
Boston, Massachusetts  02108
(617) 720-4443

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by hand delivery on September 28, 2005.

*/s/ Brian A. Gillis*
Brian A. Gillis, Esq.