**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ROBERT D. PRITCHARD,

Plaintiff,

vs.

**Case No. 05-CV-11135-MLW**

TRAFFICCAST, INC., BIN RAN,
and CONNIE JING LI,

Defendants.

## ASSENTED TO
## MOTION FOR ADMISSION PRO HAC VICE

The defendants, TrafficCast, Inc., Bin Ran and Jing (Connie) Li, pursuant to the provisions of Rule 83.5.3 of the Local Rules of this Court, hereby move this Court to admit pro hac vice for the purposes of this action only Attorneys J. Thomas Haley and Kevin J. Palmersheim, who are both members in good standing of the Supreme Court of the State of Wisconsin, the United States District Court for the District of Wisconsin, and the United States Circuit Court of Appeals for the Seventh Circuit. As set forth in their affidavits filed herewith, there are no disciplinary proceedings pending against either as members of the bar in any jurisdiction and both Attorney J. Thomas Haley and Attorney Kevin J. Palmersheim are familiar with the Local Rules of the United States District Court for the District of Massachusetts. This application for leave for Attorneys J. Thomas Haley and Kevin J. Palmersheim to practice before this Court is made on motion of a member in good standing of the bar of this Court, who is also entering an appearance in this action on behalf of the defendants.

The plaintiff, Robert D. Pritchard, through counsel, does not object to the pro hac vice admission of the defendants' Wisconsin counsel.

Respectfully submitted,

By the Defendants,

Brian A. Gillis, Esq.  BBO# 547767
45 School Street
Boston, Massachusetts  02108
(617) 720-4443

**ASSENTED TO:**

By the Plaintiff's Counsel,

Paul Michienzie, Esq.
John C. Barker, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by hand delivery on September 28, 2005.

Brian A. Gillis, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS** FILED IN CLERKS OFFICE



**ROBERT D. PRITCHARD,**

        Plaintiff,

vs.

        **Case No. 05-CV-11135-MLW**

**TRAFFICCAST, INC., BIN RAN,**
and **CONNIE JING LI,**

        Defendants.

---

### AFFIDAVIT OF J. THOMAS HALEY, ESQ.

---

I, J. Thomas Haley, on oath, depose and say as follows:

1.      I am a member in good standing of the Supreme Court of the State of

Wisconsin, the United States District Court for the District of Wisconsin, and the United

States Circuit Court of Appeals for the Seventh Circuit, which are the jurisdictions where

I have been admitted to practice.

2.      There are no disciplinary proceedings pending against me as a member of

the bar in any jurisdiction and I am familiar with the Local Rules of the United States

District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 27th day of September, 2005.

J. Thomas Haley, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each
party appearing pro se and the attorney of record for each other party by hand delivery on
September 28, 2005.

Brian A. Gillis, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

**ROBERT D. PRITCHARD,**

Plaintiff,

vs.

2005 SEP 28  P 2: 3

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case No. 05-CV-11135-MLW

**TRAFFICCAST, INC., BIN RAN,**
and **CONNIE JING LI,**

Defendants.

## AFFIDAVIT OF KEVIN J. PALMERSHEIM, ESQ.

I, Kevin J. Palmersheim, on oath, depose and say as follows:

1.    I am a member in good standing of the Supreme Court of the State of

Wisconsin, the United States District Court for the District of Wisconsin, and the United

States Circuit Court of Appeals for the Seventh Circuit, which are the jurisdictions where

I have been admitted to practice.

2.    There are no disciplinary proceedings pending against me as a member of

the bar in any jurisdiction and I am familiar with the Local Rules of the United States

District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 27th day of September, 2005.

Kevin J. Palmersheim, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each
party appearing pro se and the attorney of record for each other party by hand delivery on
September 28, 2005.

Brian A. Gillis, Esq.