UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW

| | |
|---|---|
| ROBERT D. PRITCHARD,<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| TRAFFICCAST, INC.; BIN<br>RAN; AND CONNIE JING LI,<br>Defendants. | )<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF PLAINTIFF ROBERT D. PRITCHARD

I, Robert D. Pritchard, hereby depose under oath and swear as follows:

1.    I am the plaintiff in this case.  I have personal knowledge of the facts set forth herein, and if called and sworn to testify, could competently testify thereto.

2.    From February 2000, until at least June 2002, I was a full-time employee of defendant TrafficCast, Inc. ("TrafficCast").  My title with TrafficCast was Executive Vice President, and I was also considered a Founder of the company and referred to as such in company documents held out to potential investors and clients, as detailed below.

**The Start of My Relationship with TrafficCast**

3.    Before becoming a full-time employee of TrafficCast, I began my involvement with TrafficCast in 1999.  My first contact with anyone from TrafficCast concerning TrafficCast, was when Founder (and defendant) Connie Jing Li ("Li") approached me in early 1999 to see if I would be interested in participating in the TrafficCast venture.  At that time, she bought me lunch in Washington, DC, in order to

00074795.DOC

1

discuss the project. In July 1999 she followed up and requested assistance with a
TrafficCast project. I did not make the initial contact with defendants; rather Li first
contacted *me* about TrafficCast.

4.  Li also asked me to send her my resume. I did so in August 1999, along
with sample research and promotional materials

5.  Starting in November 1999, I travelled on behalf of TrafficCast at their
request. They agreed to pay all my travel expenses incurred in connection with
TrafficCast business, and they did reimburse my travel expenses for these early trips for
TrafficCast. The preparation work for these early trips was done in Massachusetts. My
involvement was based on assurances by Li and Ran that I was acting as a founding
partner and employee, and that such agreements were forthcoming.

6.  From February 2000 until October 2002 (or at least until June 2002), I was
employed full-time for TrafficCast.

**TrafficCast's Boston-Area Office**

7.  From February 2000 until October 2002 (or at least until June 2002), when
I was employed full-time by TrafficCast, I worked primarily out of TrafficCast's office in
Foxboro, Massachusetts.

8.  Foxboro, Massachusetts, is a suburb of Boston, MA. References in
TrafficCast business plans, publications, and other documents to the "Boston Office" are
to the office in Foxboro, MA. The greater Boston area is well-known for high-tech
startups, and TrafficCast could benefit from having a branch office in the Boston area.

9.  Starting in February 2000, TrafficCast provided me with three computers
and related equipment, office furniture, and telephone equipment, all for TrafficCast's

Foxboro, MA office. Attached hereto at Exhibit A, are true and accurate copies of my expense reports for furniture and telephone equipment, for which TrafficCast reimbursed me.

10.    From at least August 2000 until October 2002, TrafficCast's Boston office was referenced on the TrafficCast website.

11.    In 2000 and 2001, various promotional presentations and slide shows refer to TrafficCast's Boston office. Examples include a TrafficCast presentation for InfoMove, approved by defendant Bin Ran ("Ran") and dated 10/20/00, and a reference to the Boston office in a 3/5/01 presentation for BMW. Attached hereto at Exhibit B, is a true and accurate copy of selected slides from the InfoMove presentations and Ran's email approving this presentation. Attached hereto at Exhibit C, is a true and accurate copy of selected slides from the BMW presentation and a related email exchange.

12.    In December 2000 defendant Ran prepared an "Operational Overview and Strategic Planning" presentation that included reference to TrafficCast's Boston office. Attached hereto at Exhibit D are true and accurate copies of selected slides from this December 2000 presentation.

13.    In January of 2002, I emailed defendant Li about TrafficCast's obtaining officer liability insurance. A true and accurate copy of an email exchange between me and Li is attached hereto at Exhibit E. When Li completed the application for professional liability insurance, to Philadelphia Insurance Companies, the application listed TrafficCast's Foxboro, Massachusetts office as a branch office of TrafficCast. A true and accurate copy of TrafficCast's application for professional liability insurance, to Philadelphia Insurance Companies, is attached hereto at Exhibit E.

**My Position with TrafficCast, and My Share of TrafficCast**

14.     In March and April of 2000, I negotiated my share of TrafficCast stock over the phone with defendant Ran. We ultimately reached agreement that my share would be 22 percent of TrafficCast. Attached hereto at Exhibit F, is a true and accurate copy of a memorandum from Ran during the negotiations, showing his initial offer of 11 percent. Attached at Exhibit G, is a true and accurate copy of an 8/20/00 email from Ran to me in Massachusetts, with attachments including the "Stock Commitment for Founders and Developers," which indicates that the number of shares assigned to me is 1,848,000.

15.     In April 2000, I met with defendants Ran and Li at TrafficCast's Foxboro, Massachusetts office, and finalized my employment agreement with TrafficCast. Attorney Bruce Elstein was also present at this April 2000 meeting.

16.     In July 2000, TrafficCast's Business Plan was completed, and true and accurate copies of portions of this plan are attached hereto at Exhibit H. The July 2000 TrafficCast business plan refers to me as the TrafficCast Executive Vice President and as a TrafficCast Founder, and lists TrafficCast's Boston office. *See* Exhibit H. This business plan at Exhibit H was created by defendant Ran. When Ran updated the TrafficCast business plan, he included the same references to me as the TrafficCast Executive Vice President and as a TrafficCast Founder.

17.     Attached hereto at Exhibit I is a true and accurate copy of TrafficCast's Report to Investors for the fourth quarter of 2000. In this Report to Investors at Exhibit I, TrafficCast refers to "senior TrafficCast staff members" as "including Bob Pritchard... from [the] Boston office...." This Report to Investors was drafted and disseminated by defendant Ran.

18.    The July 2000 and subsequent TrafficCast Business Plans were circulated, to third parties outside of TrafficCast. Among others, the TrafficCast Business Plan was circulated to investors John Ricker, Mary Ricker, and Terry Daly, as well as to potential corporate investors. This was also true of the TrafficCast Report to Investors for the fourth quarter of 2000 (see preceding paragraph), which was circulated to potential investors outside of TrafficCast.

**TrafficCast's Massachusetts Connections:  Doing Business in Massachusetts**

19.    During most of the time of my employment with TrafficCast (from February 2000 until at least June 2002), I had scheduled phone conversations with Founder and President of TrafficCast, defendant Ran, Sunday through Thursday evenings at 9:00 p.m. Ran called me at my home number in Massachusetts (508-543-8978) Sunday through Thursday evenings.

20.    I conducted extensive business development efforts by phone and email from TrafficCast's Foxboro, MA office.

21.    In May 2000, InfoMove offered to purchase TrafficCast outright for $8M ($2M in cash, and $6M in InfoMove stock). I conducted all negotiations concerning InfoMove's offer over the phone from TrafficCast's Foxboro, MA office. Although Ran eventually turned down this offer, the amount became the basis for the valuation of TrafficCast detailed in subsequent business plans, starting with the July 2000 business plan.

22.    In September 2000, I accepted $10,000 from John Ricker of Foxboro, MA, and $1,500 from Mary Ricker of Stoughton, MA, for investment in TrafficCast.

00074795.DOC

5

Another individual investor, Terry Daly of New York, also sent me a $10,000 check,

which he sent to me at the TrafficCast, MA office, for investment in TrafficCast.

23.     TrafficCast representatives attended the annual meeting of ITS America, a

transportation industry trade group, in Boston from 4/29/00 to 5/4/00. In attendance were

defendants Ran and Li, myself, as well as TrafficCast representatives Jerome Chen and

Bridgett Barrett. TrafficCast engaged in extensive business development activities at this

ITS meeting, and rented a booth in the Hynes Convention Center in Boston, staffed by

the five just-listed persons. In advance of this meeting, I and others prepared marketing

materials, and attached hereto at Exhibit J, is a true and accurate copy of my expense

report for promotional materials. We held numerous meetings with potential investors,

clients, and vendors during this time and made other contacts for TrafficCast. Attached

hereto at Exhibit K is a true and accurate copy of a list of about 50 business leads

collected by the TrafficCast team at the ITS annual meeting in 2000 in Boston; Ran

approved and circulated this list at Exhibit K.

24.     During the ITS America annual meeting in Boston in 2000, I and other

senior TrafficCast management attended a dinner at Brassiere Jo in Boston to discuss

TrafficCast strategic planning. Attending this dinner at Brassiere Jo in Boston were Ran,

Li, myself, Bruce Elstein, and Jerome Chen.

25.     After TrafficCast attended the ITS America annual meeting in Boston in

2000 (see previous paragraphs), we engaged in extensive follow-up activities in

Massachusetts. Attached hereto at Exhibit L is a true and accurate copy of an email sent

to Nhai Cao referencing Cao's TrafficCast business contact in Massachusetts with

Jerome Chen at the convention in Boston. Attached hereto at Exhibit L is an email from

me to J.J. Adams concerning his TrafficCast business contact in Massachusetts with

defendant Li. Attached hereto at Exhibit L is a true and accurate copy of an email to

defendant Ran and me describing TrafficCast's (Bridgett Barrett's) follow-up research

after the convention in Boston in 2000.

26.     Between August 2000 and June 2002, I signed numerous non-disclosure

agreements on behalf of TrafficCast, from its Foxboro, MA office. For example, on

8/3/00, I signed a non-disclosure agreement with AvantGo, which agreement was faxed

to me at the MA office. On 10/2/00, I signed a non-disclosure agreement with ATX,

which agreement was faxed me to at TrafficCast's MA office. On 1/26/01, I signed a

non-disclosure agreement with AAA Response, which agreement was faxed to me at

TrafficCast's MA office. On 3/06/01, I signed a non-disclosure agreement with Alpine

Electronics of America, which agreement was faxed to me at TrafficCast's MA office.

On 6/14/01, I signed a non-disclosure agreement with Unwired Express, which

agreement was faxed to me at TrafficCast's MA office. On 10/19/01, I signed a non-

disclosure agreement with ESRI, which agreement was faxed to me at TrafficCast's MA

office. On 3/29/01, I signed an Agreement for Unsolicited Ideas with UPS, which

agreement was signed and witnessed at TrafficCast's MA office.

27.     From November 2000 to June 2002, I signed numerous contracts on behalf

of TrafficCast, as its Executive Vice President, in its MA office, for data purchase or

provision of services. For example, on 11/10/00 I executed Demonstration and

Development License Agreements with Navigation Technologies; these were faxed from

the Foxboro, MA office. On 10/30/00, I executed a data-reseller agreement with GDT

(from Lebanon, NH) and faxed it from the Foxboro, MA office; a follow-up hard-copy

was sent via overnight courier by GDT to the Foxboro, MA office on 11/13/01.  On

12/22/00, I executed and then faxed data purchase agreements with TeleAtlas (of Menlo

Park, CA) on behalf of TrafficCast from its Foxboro, MA office.  During December

2000, I negotiated agreements with i3Mobile (of Stamford, CT) on behalf of TrafficCast

from its Foxboro, MA office, copies of which were faxed to TrafficCast Massachusetts

office for my approval, before defendant Li signed the contract with i3Mobile.  On

12/26/00, I executed a service agreement with @Road; this agreement was sent from the

Foxboro, MA office.  In April 2001, I negotiated and prepared an agreement with

Gannett Fleming from MA, copies of which were faxed to TrafficCast's MA office for

my approval, before Li signed the contract with Gannett Fleming.  In June 2001, I

executed and faxed a license agreement for NavTech Traffic Codes, on behalf of

TrafficCast from its Foxboro, MA office.  On 9/18/01, I executed and faxed an agreement

with Webraska (of Montreal, Quebec, Canada), on behalf of TrafficCast from its

Foxboro, MA office.  On 3/11/02, I executed and faxed an agreement with Kivera (of

Oakland, CA), on behalf of TrafficCast from its Foxboro, MA office.

    28.     Defendant Ran traveled to Massachusetts in July 2001, for meetings with

me at TrafficCast's MA office, concerning strategic planning for TrafficCast.  During

that same trip, we also met in CT with Rolf Heitmann, Bruce Elstein, and Milan Turk, to

discuss strategic planning as well.

    29.     In or about February 2002, TrafficCast hired the Boston law firm of Testa

Hurwitz & Thibeault, LLP.  Testa attorneys such as Heather Stone worked in Boston for

TrafficCast, concerning certain large TrafficCast contracts (including those with

TelContar and with WingCast).  Attached hereto at Exhibit M are documents concerning

TrafficCast's hiring of Testa Hurwitz in 2002, including emails from defendant Li and also a bill from Testa Hurwitz to TrafficCast from the fall of 2002, which bill was sent to TrafficCast's Massachusetts office (sent to me in Foxboro, MA).

30.    Attached hereto at Exhibit N, is a true and accurate copy of an email exchange between defendant Li and me, concerning our meeting in June 2002 in Boston, MA. Li indicated that she would be staying at the Copley Square Hotel in Boston, and that we would go together to a slide presentation at IBI. Li and I had lunch at Kingfish Hall in Boston and discussed TrafficCast. Attached hereto at Exhibit N, is a true and accurate copy of a slide from Li's presentation to IBI.

**The End of My Employment with TrafficCast**

31.    Attached hereto at Exhibit O is a true and accurate copy of an email from Ran to me in October 2002 stating that "We have chosen to go onto a different route. For the ITS World Congress, we would like to ask you not to represent TrafficCast. We appreciate your understanding." This email exchange concerned a meeting with Ran about NavTech and other potential TrafficCast business (at a conference that was neither in MA nor WI). This was the email that apparently terminated my employment at TrafficCast.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS $\underline{26}$

DAY OF OCTOBER 2005.

Robert D. Pritchard

**EXHIBIT A**

May 11, 2000

Connie Li
Transmart
2122 Luann Lane
Madison, WI 57313

**Invoice**

The following inventories the office equipment and furniture purchased from the ATA
Foundation.  ATA Foundation was paid $1,000 with JCR design check #.

Description

2 desks and computer tables
1 executive desk chair
1 Panasonic 8-line phone system and 6 phones
4 office chairs
2 cabinets

Total                                                    $1,000.00

Please send me $1,000.00 at your earliest convenience.  Thank you.

Robert D. Pritchard
5 Mitchell Drive
Foxboro, MA 02035
508-559-4270

June 17, 2000

Connie Li
Transmart
2122 Luann Lane
Madison, WI 57313

**Invoice**

The following are miscellaneous expenses for TrafficCast business activities from March 9 through June 9.

Description

| | | |
|---|---|---|
| Postage | May 16 | $32.81 |
| Telephone Earphones | June 9 | $36.74 |
| WAP Phone | June 9 | $246.73 |
| Overnight | May 10 | $14.00 |
| Copies | April 3 | $18.38 |
| Conference Call | March 9 | $96.07 |
| | | |
| Total | | $444.73 |

Please send me $444.73 at your earliest convenience.  Thank you.

Robert D. Pritchard
5 Mitchell Drive
Foxboro, MA 02035
508-559-4270

**EXHIBIT B**

**Subject:** Follow-up from TrafficCast
**From:** "Robert D. Pritchard" <dashingdan@mediaone.net>
**Date:** Fri, 06 Oct 2000 10:18:35 -0400
**To:** Bin Ran <bran@trafficonline.com>
**CC:** Scott Larson <scott.larson@infomove.com>

Scott:
I hope all is well.  I understand you are closing a fundraising round--I
hope InfoMove did well and you survived the exercise--I look forward to
the news.  I have attached for your consideration a .ppt that provides
an update and indicates our current direction.  I would like to schedule
a time for us to chat about how we can best work together.  Perhaps
Tuesday October 10 at 1 PM EDT?  Bob.  508-559-4270.

**InfoMove.ppt**    **Content-Type:**    application/ppt
                    **Content-Encoding:** base64

**Subject:** Re: InfoMove
**From:** Bin Ran <bran@facstaff.wisc.edu>
**Date:** Fri, 06 Oct 2000 00:12:36 -0500
**To:** bpritchard@trafficonline.com

I reviewed the slides. They look good and could be sent out.

I will work on the revision of @Road Exhibit tomorrow morning. The phone calls
with investors and discussion with Jero about our next step on server and
operations took all my night.

Thanks,

Bin

At 10:19 PM 10/5/2000 , you wrote:
  Bin:  thoughts?  Please look at the .ppt.  Bob.
  Scott:
  I hope all is well.  I understand you are closing a fundraising round--I
  hope InfoMove did well and you survived the ordeal--I look forward to
  the news.  I have attached for your consideration a .ppt that represents
  our current best pitch and update.  I would like to schedule a time for
  you and I chat about how we can best work together.  Bob.  508-559-4270.

# TrafficCast

# Management Team

| | |
|---|---|
| Chairman and Acting CEO | **Bin Ran** |
| Chief Operations Officer | **Connie Li** |
| Executive Vice President | **Bob Pritchard** |
| Chief Developer | **Jerome Chen** |
| Counsel | **Bruce Elstein, Esq.** |

**Positions to be filled:**

CEO

CFO

VP Engineering

**Board of Directors and Advisory Board are being assembled.**

# TrafficCast

# Facilities

Main Office: Madison, WI

Product Development, Operations and Service, Research and Development

Boston Office: August 2000

Marketing and Sales, Customer Support

Silicon Valley Area Office: November 2000

Marketing and Sales, Customer Support

Akron, Ohio Office: August 2000

Product Development, Research and Development

**EXHIBIT C**

TrafficCast Materials

**Subject:** TrafficCast Materials
**From:** "Robert D. Pritchard" <dashingdan@mediaone.net>
**Date:** Mon, 12 Mar 2001 20:33:33 -0500
**To:** Beat.Gyger@bmwna.com, Sebastian Morf <Sebastian.Morf@bmwna.com>
**CC:** Bin Ran <bran@trafficonline.com>

```
Gentlemen:  Attached please find proprietary and confidential
information about TrafficCast; included are: three .ppt presentations
outlining our technical approach, business and company profile; and, one
word document which details our technical approach.  Please consider and
call with questions; I plan to call and discuss these (or any questions)
tomorrow at 1 PM...please confirm and provide me with the appropriate
number to call.  I am also preparing a response to the questions posed
today.  Best regards, Bob.
Robert D. Pritchard
Executive Vice President
TrafficCast
508-559-4270
```

**TC-BMW Technical.ppt**       **Content-Type:**      application/ppt
                              **Content-Encoding:** base64

**TC-BMW Business.ppt**        **Content-Type:**      application/ppt
                              **Content-Encoding:** base64

**TC-BMW CompanyProfile.ppt**  **Content-Type:**      application/ppt
                              **Content-Encoding:** base64

**TrafficCast Technical Approach.doc**  **Content-Type:**      application/msword
                              **Content-Encoding:** base64

# TrafficCast

# Management Team/Senior Staff

| | |
|---|---|
| Chairman and CEO | Bin Ran |
| Chief Operations Officer | Connie Li |
| Executive Vice President | Bob Pritchard |
| Chief Developer | Jerome Chen |
| Counsel | Bruce Elstein, Esq. |
| Senior Manager of Ohio Office | Ping Yi |
| Director for System Operation & Customer Support | Rolf Heitmann |
| Senior Developer | Tom Xiao |

Business Advisory Board is being assembled.

○
  ○
    ○  **T r a f f i c C a s t**

# Facilities

Main Office: Madison, WI

Product Development, Operations and Service,

Research and Development

Boston Office:  August 2000

Marketing and Sales, Customer Support

Akron, Ohio Office: August 2000

Product Development, Research and Development

Silicon Valley Area Office: June 2001

Marketing and Sales, Customer Support

**EXHIBIT D**



**TrafficCast**

**Operational Overview and Strategic Planning**

**December 20, 2000**

2122 Luann Lane, Madison, WI 53713
p 608-273-4740 f 608-273-4783
http://www.trafficcast.com



**TrafficCast**

Corporate Structure

Facilities

Development Team

Operations Team

Customer Support Team

Marketing/Sales Team



**TrafficCast**

| | | |
|---|---|---|
| Board of Directors | President and CEO | Board of Advisors |
| | Counsel | Management Team | Accounting |
| Product Development Team | Operations Team | Customer Support Team | Marketing & Sales Team |

**TrafficCast**

| | |
|---|---|
| Chairman and Acting CEO | Bin Ran |
| Chief Operations Officer | Connie Li |
| Executive Vice President | Bob Pritchard |
| Chief Developer | Jerome Chen |
| Counsel | Bruce Elstein, Esq. |
| Senior Manager of Ohio Office | Ping Yi |
| Director for System Operation & Customer Support | Rolf Heitmann |
| Senior Developer | Tom Xiao |
| | |
| Positions to be filled: | CEO, CFO, VP Engineering |

Board of Directors and Advisory Board are being assembled.

**TrafficCast**

Main Office: Madison, WI
   Product Development, Operations and Service,
   Research and Development

Boston Office:  August 2000
   Marketing and Sales, Customer Support

Akron, Ohio Office: August 2000
   Product Development, Research and Development

Silicon Valley Area Office: February 2001
   Marketing and Sales, Customer Support

**TrafficCast**

| | |
|---|---|
| Chief CPA: | Gary Padley, GMP CPA, LLC |
| Accountants: | Bruce Pritchard, CPA |
| | Linda Li, CPA |
| Patent Attorney: | Patrick J.G. Stiennon, Lathrop & Clark, LLC |
| Corporate Counsel: | Bruce Elstein, Esq |
| | Brendan Redmond, Esq. |

1

**EXHIBIT E**

**Subject:** Re: Insurance
**From:** Connie Li <transmar@itis.com>
**Date:** Mon, 28 Jan 2002 12:13:12 -0600
**To:** bpritchard@trafficcast.com

ok

At 12:51 PM 1/28/02 -0500, you wrote:
  OK...how about 4:30 PM CST (your time)...will that work?

  Connie Li wrote:

  > Bob,
  >
  > 3:00pm out time is good. I need to get several other things done before that.
  >
  > Connie
  >
  > At 11:42 AM 1/28/02 -0500, you wrote:
  > >Hi Connie:  what time is good?  For officers' liability, I mean just that...a

  > >client could file suit against Jerome, Bin, you or I individually...it fls
  > >common practice for corporations to hold policies for the officers as well as

  > >the corporation...the good news, I understand, that officers insurance is very
  > >inexpensive relative to coprorate.  Bob.
  > >
  > >Connie Li wrote:
  > >
  > > > Hi, Bob,
  > > >
  > > > Bin mentioned the insurance stuff to me. I think you mean the professional

  > > > liability insurance by "officers liability". TranSmart is now carring this

  > > > type of insurance for engineering consulting part. The annual cost is about
  > > > $4,500. It may be higher for computer related.
  > > >
  > > > I'll be available this afternoon.
  > > >
  > > > COnnie
  > > >
  > > > At 11:14 AM 1/28/02 -0500, you wrote:
  > > > >Hi Connie:
  > > > >Bin indicated that you had collected information about corporate
  > > > >liability insurance for TrafficCast.  As we get closer to closing a deal
  > > > >with WingCast, we should get our arms around costs and coverage for
  > > > >corporate liability...we also have exposure with the Gannett Fleming
  > > > >deal.  We should also be sure to look for "officers" liability
  > > > >insurance.  Might you be available to chat this afternoon?
  > > > >Thanks, Bob.
  > > >
  > > > -------------------------------------------------
  > > > Connie Jing Li, Ph.D., P.E.
  > > > President
  > > > TranSmart Technologies, Inc.
  > > > 2122 Luann Lane, Suite 203
  > > > Madison, WI 53713
  > > > Phone: (608)273-4740

```
> > > Fax: (608)273-4783
> > > E-mail: connie@trafficonline.com
>
> ----------------------------------------------------
> Connie Jing Li, Ph.D., P.E.
> President
> TranSmart Technologies, Inc.
> 2122 Luann Lane, Suite 203
> Madison, WI 53713
> Phone: (608)273-4740
> Fax: (608)273-4783
> E-mail: connie@trafficonline.com


----------------------------------------------------
Connie Jing Li, Ph.D., P.E.
President
TranSmart Technologies, Inc.
2122 Luann Lane, Suite 203
Madison, WI 53713
Phone: (608)273-4740
Fax: (608)273-4783
E-mail: connie@trafficonline.com
```

# *Philadelphia Insurance Companies*

*One Bala Plaza, Bala Cynwyd, Pennsylvania 19004*
*1.800.873.4552  Fax: 610.617.7940*

---

# PROFESSIONAL LIABILITY FOR SPECIFIED PROFESSIONS
## APPLICATION FOR CLAIMS-MADE INSURANCE

**NOTICE:** This is an application for **CLAIMS-MADE INSURANCE**. Such insurance applies only to claims that are first made against you and reported to the Company in writing during the policy period, any subsequent renewal of the policy or any extended reporting period and may additionally limit coverage applicable to acts, errors, omissions or offenses made prior to the inception of the policy period. The limits of liability may be reduced by amounts paid for legal defense and such payments for legal defense may also be applied against the deductible amount.

Please answer ALL the questions. This information is required to make an underwriting and pricing evaluation. Your answers hereunder are considered legally material to such evaluation. If a question is not applicable, state "not applicable" not "N/A." If more space is required to answer a question, continue on applicant's letterhead. The application and any supplement(s) must be signed and dated by a principal, partner, or officer of the prospective insured's organization.

---

1.   Applicant's Name:   ____TrafficCast, Inc._____

2.   Home office address:   __2122 Luann Lane, Suite 203_____
     __Madison, WI_____   TEL#_(608) 273-4740_____
     _____ ZIP__53713_____   FAX#_(608) 273-4783_____

3.   Date established:   _____July 9, 1999_____

4.   Is the applicant firm controlled, owned, affiliated or associated with any other firm, corporation or company? _X__Yes _ No
     If Yes, please attach an explanation.

     …TranSmart Technologies, Connie Li (corporate officer) owned and operated consulting firm provides office space, staffing services, and administrative services on a reimbursement basis

5.   Please list addresses of all branch offices and/or subsidiaries. Include a brief description of their operations and indicate if coverage is desired for these offices.

     ___5 Mitchell Drive, Foxboro…Robert D. Pritchard's home office; operations are administrative and coverage is desired.

6.   During the past 5 years has the name of the firm been changed or has any other business been acquired, merged into or consolidated with the applicant firm? If Yes, attach a complete explanation detailing any liabilities assumed. __ Yes _X_No

7.   Describe your firm's nature of business.

     ____In the general area of Internet/Computer Services, TrafficCast creates and distributes estimated travel times for use in the location-based commerce industry; TrafficCast's business-to-business services comprises the acquisition of data from government and private, data fusion using patented processes, delivery and operational support.

8.   Staffing - Provide a breakdown of your staff into the following categories:

a) principals, partners or officers _4 (Ran, Li, Pritchard, Chen)
b) professionals (not included in A) _0_____

c) support staff (including part-time)__1___
d) part-time professionals (less than 20 hours/week) _19_____

TOTAL ____1____

9.   Are any staff members considered "Licensed Professionals" or do any staff members hold any Professional
     Designations or belong to any Professional Societies/associations?                                    ___Yes_X_No

     If Yes, provide individual's name and designation/affiliation below:

     _____
     _____
     _____

Note:   *Questions 10 through 14 refer to total gross revenue for a 12 month period, whether or not collected. Such revenue figures
        should include sub-contracted revenue.*

10.   Dates of applicant firm's current fiscal period:        From: __July 1___, 2000___       To: _June 30__, 2001___

11.                                    Past Fiscal              Current Fiscal              Estimate for Next

      Total Gross Revenue:             $_0__                    $_183,000__                 $_300,000__
      Less Direct Recovery Expenses
      (travel, per diem, copies, etc.):   (-) $_0____           (-) $_393,000_____          (-) $_350,000_____

          **TOTAL NET BILLINGS** $_0_____      $_-210,000_____      $_-50,000_____

12.   Provide the percentage of your firm's gross revenue from the last fiscal period attributable to the following:

      Federal government.                                              ___0__%
      State, county or local government and agency thereof.            ___0__%
      Institutional (schools, hospitals, etc.)                         ___0__%
      Lending institutions                                             ___0__%
      Manufacturing                                                    ___0__%
      Other    __Information and service industry                      __100__%

                                                     **TOTAL      100%**

13.   Does your firm provide services for any clients in which a principal, partner, officer or employee of your firm
      is also a principal, partner, officer, employee or a more than 3% shareholder of said client?        ___Yes_X_No
      If Yes, Please provide a) Client Name, b) Applicant's Relationship with client, and c) approximate
      annual revenue generated from Client.

14.   Were more than 50% of your total gross billings for any one year derived from a single client or contract?   ___Yes_X_No
      If Yes, please specify a) client, b) services rendered, and c) how long you expect this relationship to continue.

      _____
      _____
      _____

15.   Describe your firm's five (5) largest jobs or projects during the past three (3) years.

      Client Name       Services Provided                                              Total Gross Billings
      __AtRoad          __resale of software, data integration and information delivery   ___$150,000__
      __Gannett Flemming
                        __resale of software, data integration and information delivery   ___$118,750__
      __i3Mobile        __resale of software, data integration and information delivery   ___$70,000__
      __Webraska        __resale of software, data integration and information delivery   ___$25,000__
      __MobileAria      __resale of software, data integration and information delivery   ___$10,000__

16.  **a)** Do you utilize the services of independent contractors or sub-consultants?                      __X_Yes___No
     **b)** Approximate percentage of billings attributable to sub-contractors/consultants?               ___100___%

17.  Do you ever enter into contracts where your fees for services provided are contingent upon the client achieving cost
     reductions or improved operating results?  If Yes, attach a detailed description of such arrangements. ___Yes _X_No

18.  **a)** Does your firm secure a written contract or agreement for every project?  (Please attach a sample copy)    __X_Yes___No

     **b)** Provide the percentage of your revenue where a written contract _is_ secured.                 ___100___%

     **c)** Do your contracts contain any of the following:  **(check all that apply)**

                    __X__   Hold harmless or indemnification clauses in your favor?
                    __X__   Hold harmless or indemnification clauses in your client's favor?
                    __X__   Guarantees or warranties?
                    __X__   A specific description of the services you will provide?
                    __X__   Payment terms?

19.  Describe steps taken to mimimize/ manage business risks:
     ___1)  use of contract to clearly define services and obligations
     ___2)  use of QA/QC procedures
     ___3)…please add

20.  Has any policy of or application for similar insurance on your behalf or on the behalf of any of your principals,
     partners, officers, employees, or on behalf of any predecessors in business ever been declined, canceled,
     or renewal refused?                                                                                 __Yes_X_No

21.  Do you currently carry Commercial General Liability insurance?                                      __Yes_X_No

22.  Please provide the following information on your professional liability (E&O) insurance for the past three (3) years:

| Name of Insurer | Limits of Liability | Deductible | Policy Period | Premium |
|---|---|---|---|---|
| N/A | | | ___/___/___ | _____ |
| | | | ___/___/___ | _____ |
| | | | ___/___/___ | _____ |

                    Retroactive Date of current policy (if any):                          ____/_____/____

**LOSS EXPERIENCE**

23.  Have any claims, suits, or demands for arbitration been made against the firm, its predecessor(s) or any past
     or present principal, partner, officer or employee within the past five (5) years?                 __Yes_X_No
     If Yes, provide details on a separate sheet, including:
              **a)** name of claimant;
              **b)** type of service provided and allegations made;
              **c)** date claim made;
              **d)** demand amount; and
              **e)** final disposition including indemnity and expense amounts.

24.  Having inquired all principals, partners and officers, are you aware of any act, error, omission, unresolved job
     dispute or any other circumstance that is or could be a basis for a claim under the proposed insurance?  ___Yes_X_No
     If Yes, provide details on a separate sheet for each situation, including **a)** name of potential claimant,
     **b)** nature of situation, **c)** dates and **d)** amount of potential damages.

     ___Note:  we may want to list Bruce and Richard here.

With regard to Questions 23 and 24 above, it is understood and agreed that if any such claim, act, error, omission dispute or circumstance exists, then such claim and/or any claim arising from such act, error, omission, dispute or circumstance is excluded from coverage that may be provided under this proposed insurance and, further, failure to disclose such claim, act, error, omission, dispute or circumstance may result in the proposed insurance being void, and/or subject to recision.

25.   Coverage requested:

LIMITS OF LIABILITY: _____ $ 100,000          _____ $ 750,000
                      _____ $ 250,000          __X__ $1,000,000
                      _____ $ 500,000

DEDUCTIBLE / RETENTION:   __$500_____

26.   Attach the following items in support of this application:

__X__ a) Firm's **Statement of Qualifications** including resumes of all key (technical) personnel along with any available marketing material or company brochures.
__X__ b) Copy of firm's formalized **standard client contract.**
__X__ c) Copy of outline from firm's **Quality Assurance / Quality Control (QA/QC) manual.**

**WARNING:  ANY PERSON WHO KNOWINGLY AND WITH THE INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON, FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.**

**NOTICE TO NEW YORK APPLICANTS**:  ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION.

**NOTICE TO KENTUCKY APPLICANTS**:  ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT WHICH IS A CRIME.

**NOTICE TO MINNESOTA AND OHIO APPLICANTS**: ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE/SHE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD, WHICH IS A CRIME.

**NOTICE TO OKLAHOMA APPLICANTS**:  ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKE ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY.

**NOTICE TO PENNSYLVANIA APPLICANTS**: ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO FLORIDA APPLICANTS**: ANY PERSON WHO, KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY EMPLOYER OR EMPLOYEE, INSURANCE COMPANY, OR SELF-INSURED PROGRAM, FILES A STATEMENT OF CLAIM CONTAINING ANY FALSE OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

**NOTICE TO NEW JERSEY APPLICANTS**: ANY PERSON WHO INCLUDES ANY FALSE OR MISLEADING INFORMATION ON AN APPLICATION FOR AN INSURANCE POLICY IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES.

**SIGNATURES AND ACKNOWLEDGEMENTS**

I / we hereby declare that the above statements and particulars are true and that I / we have not suppressed or misstated any material facts and I / we agree that this application and its supplement(s) shall be the basis of the contract with the Company. It is understood and agreed that the completion of this application and its supplement(s) does not bind the company to sell nor the applicant to purchase the insurance.

| Bin Ran | | President | |
|---|---|---|---|
| **NAME** | **SIGNATURE** | **TITLE** | **DATE** |

**EXHIBIT F**

## Share Split for TrafficCast.Com

| Name | Contribution | % |
|---|---|---|
| Bin | • Concept<br>• Model<br>• Organization<br>• Strategy<br>• Operations & management | 27 |
| Connie/TranSmart | • Previous staff time – 2.5 engineers for 7 months (5/99-11/99)<br>• Future staff time – 2 engineers<br>• Previous & future investment in software, hardware, maintenance, communication (T1)<br>• Cost on management, legal, trademark, patent, accounting, travel, marketing, & other overhead<br>• Public sector relationship development | 24 |
| Jero | • Chief developer<br>• Director for system development | 11 |
| Bob | • Market study<br>• Business development | 11 |
| Investors | | 20 |
| Future Management Team | VPs, CFO, CIO, CTO | 4 |
| Developers & Key staff | Chih-Lin: 1%, Yen: 1% | 3 |
| Total | | 100 |

Note:
- 10% of revenue, not exceeding $100,000, will be used for rewarding the development team members who have no stock options.
- The above share split applies to the scenarios before an IPO or another major investment by an outsider.
- The shares for developers and future management team could be combined and provided to TC staff members, which become 7%.
- The shares for investors and future management team could be combined and provided to investors, which become 24%.

**EXHIBIT G**

# Stock Commitment for Founders and Developers

| | Name | Shares | Note |
|---|---|---|---|
| **1. Founders** | | | |
| | Bin Ran | 5,628,000 | |
| | Jing (Connie) Li | 0 | |
| | Robert D. Pritchard | 1,848,000 | |
| | Jerome Chen | 924,000 | |
| Total | | 8,400,000 | |
| **2. Developers** | | | |
| Level 1 | Chih-Lin Chou | 20,000 | |
| | Chanyoung Lee | 20,000 | |
| | Wongjae (Jay) Jang | 20,000 | |
| | Ninghoong (Yen) Tai | 20,000 | Inactive since 5/15/00, should be vested with 9/24=37.5% stocks |
| Level 2 | | | |
| Level 3 | Phansak (Big) Sattayhatewa | 10,000 | |
| | Sungho (Richard) Oh | 10,000 | |
| | Seong-Il (Mike) Shin | 10,000 | |
| | Heng (Henry) Xiao | 10,000 | |
| | Hongyu Sun | 10,000 | MOU to be signed |
| Level 4 | Bridget Barrett | 5,000 | |
| Level 5 | Xianghong (Henry) Liu | 3,000 | Revised MOU to be signed |
| Level 6 | Jessica Liu | 2,000 | MOU to be signed |
| | Rong (Rachel) He | 2,000 | |
| Level 7 | Kai-Ling Kuo | 1,000 | |
| | Ying-Hua (Jean) Huang | 1,000 | |
| | Wilfung Martono | 1,000 | Inactive since 6/00 |
| | Yongbong (YB) Chang | 1,000 | |
| | Mee-Young Lee | 1,000 | |
| | Kean Seong (Ken) The | 1,000 | |
| | Archie Chen | 1,000 | |
| | Xuegang Ban | 1,000 | |
| | Ip Kei Sam | 1,000 | |
| | Jieh-Haur Chen | 1,000 | |
| | Shan-Huen (Shawn) Huang | 1,000 | |
| | Additional 8 developers | 8,000 | MOU to be signed |
| Ohio Team | Ping Yi | 50,000 | MOU to be signed |
| | Chief Developer | 10,000 | MOU to be signed |
| | Other Developers | 10,000 | MOU to be signed |
| Total | | 221,000 | |

# Stock Plan for Angel Round Investment

|  | Number of Shares | Price ($) | Total Value ($) | Percentage (%) |
|---|---|---|---|---|
| **1. Founders** | | | | |
| | 8,400,000 | 1 | $8,400,000 | 56.38% |
| **2. TrafficCast Employees** | | | | |
| | 2,000,000 | 1 | $2,000,000 | 13.42% |
| **3. Investors** | | | | |
| | 4,500,000 | 1 | $4,500,000 | 30.20% |
| Total | 14,900,000 | | $14,900,000 | 100.00% |

**Subject:** Due Diligence Documents
**Date:** Sun, 20 Aug 2000 14:07:06 -0500
**From:** Bin Ran <bran@facstaff.wisc.edu>
**To:** bpritchard@trafficonline.com

| TC-Standard-NDA 0418-00.doc | **Name:** TC-Standard-NDA 0418-00.doc<br>**Type:** WINWORD File (application/msword)<br>**Encoding:** base64 |
| --- | --- |

| List of Documents.doc | **Name:** List of Documents.doc<br>**Type:** WINWORD File (application/msword)<br>**Encoding:** base64 |
| --- | --- |

| MOU-UW-Affiliate.doc | **Name:** MOU-UW-Affiliate.doc<br>**Type:** WINWORD File (application/msword)<br>**Encoding:** base64 |
| --- | --- |

| P&L0800.xls | **Name:** P&L0800.xls<br>**Type:** Microsoft Excel Worksheet (application/vnd.ms-excel)<br>**Encoding:** base64 |
| --- | --- |

| TC Cost-Value-as-of-02-2000.xls | **Name:** TC Cost-Value-as-of-02-2000.xls<br>**Type:** Microsoft Excel Worksheet (application/vnd.ms-excel)<br>**Encoding:** base64 |
| --- | --- |

| TC-BOD-Minutes.doc | **Name:** TC-BOD-Minutes.doc<br>**Type:** WINWORD File (application/msword)<br>**Encoding:** base64 |
| --- | --- |

| TC-Bylaw1.doc | **Name:** TC-Bylaw1.doc<br>**Type:** WINWORD File (application/msword)<br>**Encoding:** base64 |
| --- | --- |

| BS0800.xls | **Name:** BS0800.xls<br>**Type:** Microsoft Excel Worksheet (application/vnd.ms-excel)<br>**Encoding:** base64 |
| --- | --- |

| TrafficCast Proforma Statements-Conservative.pdf | **Name:** TrafficCast Proforma Statements-Conservative.pdf<br>**Type:** Acrobat (application/pdf)<br>**Encoding:** base64 |
| --- | --- |

3/5/03 10:58 PM

| | Name: TC-StockPlan.xls |
| TC-StockPlan.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel) |
| | Encoding: base64 |

**EXHIBIT H**



# Business Plan

## Proprietary and Confidential

**TrafficCast, Inc.**
**2122 Luann Lane, Suite 203**
**Madison, WI 53713**
**608-273-4740**
**FAX 608-273-4783**
**www.trafficcast.com**

**Contact:  Bob Pritchard**
**508-559-4270, bpritchard@trafficonline.com**

**July 31, 2000**

**Table of Contents**

Executive Summary ........................................................................................... 1

Company Overview ......................................................................................... 4

TrafficCast Products and Services ................................................................... 6

Technology and Development ........................................................................... 15

Market Opportunity .......................................................................................... 21

Marketing Plan .................................................................................................. 27

Revenue Model .................................................................................................. 29

Financing ........................................................................................................... 30

Management and Development Team ............................................................... 38

Facilities ............................................................................................................ 41

Appendix A. Summary of Major Intellectual Property Held by TrafficCast .................... 42

Appendix B. TrafficCast Valuation—Estimated Value of Intellectual Property ............. 43

Appendix C. Input Databases and Data Sources for TrafficCast ..................... 44

## List of Tables and Figures

Figure 1. Image of PDA ........................................................................... 7
Figure 2. Image of WAP Phone ............................................................... 7
Figure 3. Predicted Speed Maps .............................................................. 8
Figure 4. Traffic Prediction Report .......................................................... 9
Figure 5. TrafficCast System Architecture............................................... 15
Figure 6. Travel Time Prediction in TrafficCast System .......................... 17
Figure 7. TrafficCast Technology Progression.......................................... 18
Figure 8. Technology Progression ............................................................ 23
Figure 9. TrafficCast's Position in the Traffic Landscape ......................... 24


Table 1. Development Schedules and Versions of TrafficCast Products and Services .... 20
Table 2. Sizes of TrafficCast's Target Markets.......................................... 25
Table 3. TrafficCast Projected Market Share ............................................ 26
Table 4. TrafficCast Affiliates Program.................................................... 30
Table 5. Financial Projections for Two Scenarios ..................................... 33
Table 6. Projections of Operating Expenses.............................................. 34
Table 7. Estimated TrafficCast Partners and Clients ................................. 35
Table 8. Annual License Fees Per TrafficCast Partner .............................. 36
Table 9. Annual Revenue Share Projection................................................ 37
Table 10. Revenue Projections ................................................................. 38

## Executive Summary

### Products and Services

TrafficCast is the only service that generates personalized, route-specific traffic information for the entire United States' roadway system. Real-time and predicted travel time information is delivered in three forms (a predictive travel time database, speed maps, and travel time reports)—these can be viewed at www.trafficcast.com. TrafficCast is currently working with business customers who will deliver travel solutions to end-users via the Internet and wireless devices. TrafficCast's business-to-business service model is focused on its core competency: traffic modeling. Other products and services, currently under development and testing, include web-to-wireless traffic queries, alert notifications, and point-to-point routing based on predictive travel times.

### Market Opportunity

Traffic has long been desirable and profitable content for traditional media—radio and television. Emerging Internet and wireless communications technologies and applications have created "new media" opportunities. The demand for traffic information will create profit in the new media space. TrafficCast is positioned to be an integral and unique part of this powerful convergence of technologies and traffic content.

TrafficCast has targeted five vertical markets to immediately offer its core products and services. The end-users in these markets are: wireless data system subscribers, Internet mapping users, Internet travel site users, in-vehicle telematics system subscribers, and the traditional media traffic audience. Rapid growth is forecast in each market. For example, the number of wireless data users will grow 82% per year through 2003 and the number of Internet users will be more than doubled by then.

TrafficCast is prepared to generate intelligent traffic solutions for 4.6 million hand-held and in-vehicle device subscribers in 2003, and more than 7.6 million daily Internet queries. The value to the end-user is demonstrated in a variety of market surveys and by the adoption of several emerging traffic products. Supported by its strong and unique technology and traffic expertise, TrafficCast's marketing and sales effort is targeted towards the executive decision-makers and development teams for both the upstream traditional traffic reporting industry and the downstream content and service providers.

### TrafficCast's Competitive Advantage

First To Market: TrafficCast is the first nationwide traffic forecast service.
Comprehensive Geographic Coverage: Built around 130,000 segments of roadway, TrafficCast establishes a national basis for traffic information products and services.
Intelligent Travel Solutions: While traffic reporting services identify roadway problems, TrafficCast is the only system designed to answer commuter and traveler questions.

<u>Technology Independence</u>:  Not bound by any existing technology, TrafficCast will benefit from rapid technology evolution and possible standardization.

<u>Value-Added Provider</u>:  Licensing its patent-pending methods and processes, TrafficCast will remain the non-exclusive value-added service in traffic and travel information.

<u>Expert and Experienced Development Team</u>:  Focused on enhancing its service and data quality, TrafficCast's development team has been operating its predictive models and systems for months while developing new databases and applications.

<u>Experienced Management Team</u>:  With 50 years of combined experience in developing and managing cutting-edge traffic information and technology systems, TrafficCast's founders are expanding its management team with additional business managers.

<u>Patents Pending</u>:  Three pending patents will help protect its core technologies of internet-based traffic prediction and personalized traffic information provision.

**TrafficCast's Future Earnings**

The following details two possible scenarios for TrafficCast's earnings. The **optimistic scenario** depicts achievable penetration (participation in 20% of wireless traffic activity in 2003), services fees (30% of total monthly traffic-related subscription fee or $1.50 per month per wireless or in-vehicle telematics subscriber), and revenue share (10% of advertising revenue for traffic-related Internet applications).  The **conservative scenario** represents two-thirds the penetration levels of the optimistic scenario and smaller fees ($1 per month per wireless or telematics subscriber and 7% of traffic-related Internet advertising revenue).  Both the optimistic and conservative are achievable; the difference is driven by the maturity of the Internet and wireless data markets and the effectiveness of our emerging competition.

**Optimistic (000's)**

| Year | Revenue | Operating Expenses | EBITDA |
|------|---------|--------------------|--------|
| 2000 | $459 | $1,409 | ($905) |
| 2001 | $19,894 | $14,242 | $5,652 |
| 2002 | $69,682 | $35,269 | $34,413 |
| 2003 | $139,075 | $69,968 | $69,107 |

**Conservative (000's)**

| Year | Revenue | Operating Expenses | EBITDA |
|------|---------|--------------------|--------|
| 2000 | $205 | $1,366 | ($1,161) |
| 2001 | $9,610 | $12,727 | ($3,117) |
| 2002 | $31,841 | $30,128 | $1,713 |
| 2003 | $71,361 | $61,036 | $10,325 |

**Investment Opportunity**

TrafficCast is raising capital to enhance the capabilities of its core products, expand its sales and marketing activities, and operate its system for one year. To date, TrafficCast has developed its current capabilities and several applications using founders' resources. This combination of intellectual property and capital investment is expected to generate strong earnings and positive appreciation for shareholders. It is the intent of TrafficCast to maximize the value of this investment. While focusing on an initial public offering in 18 to 36 months, TrafficCast will entertain all reasonable exit strategies.

In total, 14.9 million shares of TrafficCast stock will be outstanding (8.4 million are held by the founders) and two million shares are reserved for future TrafficCast employee efforts. Four and one half million shares (30.2% of TrafficCast shares) are offered at $1 per share in order to raise $4.5 million.

**Company Background**

Founded: Professor Bin Ran, Dr. Connie Li, PE, and Jerome Chen launched TrafficCast in November 1999 (Bob Pritchard joined February 2000); the foundation of TrafficCast is the three year development of its core components and operational experience of several applications (TrafficOnline and FleetOnline).

Headquarters: Madison, Wisconsin with an office in Boston, Massachusetts.

Management: Led by technology and traffic industry experts, TrafficCast's management team will be expanded with CEO, CFO and Vice President, Engineering. Board of Directors and Advisory Board are being assembled.

Number of Employees: 27 (three managers, 10 full-time software engineers/developers, and 14 part-time developers).

Mission: To improve mobility and the travel experience by translating traffic information into intelligent travel solutions for delivery, via customers' products and services, to technology-equipped mobile and desktop users.

Contact: Bob Pritchard, 508-559-4270, bpritchard@trafficonline.com

**EXHIBIT I**



**Report to Investors**

**4th Quarter, 2000**

**Achievements**

1.  Client Contracts and Commercial Operations

In December 2000, TrafficCast has signed a contract with @Road to provide turn-by-turn driving direction and real-time incident report for one year. @Road is a web-to-wireless service provider and location commerce company.

In December 2000, TrafficCast has signed a contract with i3Mobile to provide real-time incident report for one year. i3Mobile is a web-to-wireless service provider.

The Madison-based TrafficCast Operations Center has been under construction. TrafficCast has signed a three-year co-location agreement with Berbee Information Networks to allow Berbee to provide high-speed B2B internet service with 100% up time. Therefore, TrafficCast can provide commercial service of traffic information and driving direction to clients with at least 99.5% up time.

2.  Vendor Contracts and Agreements

In November 2000, TrafficCast has signed an agreement with GDT to acquire the Dynamap/Transportation map database for an one-year operations. This database is used to provide turn-by-turn driving direction.

In December 2000, TrafficCast has signed an agreement with Etak to acquire the Etak/Metro real-time incident live feed for one-year operations.

In December 2000, TrafficCast and NavTech have signed a development and evaluation agreement to use NavTech map database for TrafficCast internal product development for dynamic routing and traffic information provision. The cost for TrafficCast is zero based on this agreement.

3.  2nd US Patent Has Been Allowed

The 2nd patent "A Method of Providing Traveler Information Utilizing the Internet" has been allowed by the US Patent Office in December 2000. This patent has a priority date of March 1997 and covers the personalized traveler information provision methods using Telematics and in-vehicle devices. In other words, it covers at least 50% of the traveler information market.

4. Summary of Revenue and Expense for 2000

The revenue of the two contracts with @Road and i3Mobile basically met our 2000 revenue projection. The combined revenue covers the total expense for acquiring the GDT map database and the live Etak incident feed for 2001.

On the other hand, the total expense for 2000 is only a fraction of the original budget. Therefore, the 2000 financial book provides an excellent start for future expansion toward IPO. The detailed financial statement will be furnished later.

5. New Member

Mr. Rolf Heitmann joined TrafficCast from December 11, 2000. His title is Director for System Operations and Customer Support. Rolf is stationed in the Boston Office. Rolf has many years of experiences in traveler information, computer, and system engineering.

6. Senior Staff Retreat

A senior staff retreat was held in Madison on December 20. A total of 15 senior TrafficCast staff members attended, including Bob Pritchard and Rolf Heitmann from Boston Office, Dr. Ping Yi and Dr. Tom Xiao from Ohio Office, and 7 team leaders from Madison Office. The retreat served as the platform for reviewing the latest achievements and strategic planning for 2001 and beyond.

7. Update on Clients and Partners

TrafficCast is still negotiating with the following clients for providing the live TrafficCast database service:
- GeoTouch
- Gannet Fleming/US DOD
- Televigation
- InfoMove
- Mapquest
- .....

TrafficCast is negotiating with the following partners for providing the live TrafficCast database service for joint field operational test and demonstration:
- Motorola
- US Wireless
- Denso
- InfoGation
- Compaq
- Comwoxx
- ...

**Outlook for 2001 - Major Initiatives and Goals**

**Clients and Revenue**
- Increase the number of clients from 2 in 2000 to 30 in 2001.
- Increase the number of potential clients under negotiation/discussion from 60 in 2000 to 200 in 2001.
- Achieve a revenue of at least $2M and control the spending in order to achieve profitability in 2001.

**Partners**
- Total number of partners for joint demo & product development - 5

**Strategic Transition**
- From R&D to commercial operations & service

**Facilities**
- Expand Madison office, Boston office, Ohio office
- Setup SFO office
- Establish operations centers

**Employee**
- 80 by end of 2001 - 30 full-time & 50 part-time (As of December 2000, 40 employees - 10 full-time & 30 part time)
- Maintain a sustainable growth pattern in order to achieve profitability in 2001.

**Fund-Raising**
- Complete Series B fund-raising (corporate and VC) of $4M with a post-money evaluation significantly higher than Series A angel-round investment.

**EXHIBIT J**

May 11, 2000


Connie Li
Transmart
2122 Luann Lane
Madison, WI 57313

Attached are receipts for ITS America Annual Meeting materials.

Description

| | |
|---|---|
| 2,500 sales sheets and 1,000 each TOL and FOL flyers... | $813.10 |
| 2,500 pens... | $883.52 |
| 600 key chains... | $1,192.02 |
| Booth art ($1,504) and 500 TC flyers ($690)... | $2,194.00 |
| Total | $5,082.64 |

Please send JCR design $5,082.64 at your earliest convenience.  Thank you.

Julie Pritchard
JCR design
5 Mitchell Drive
Foxboro, MA 02035
508-698-3900

May 11, 2000


Connie Li
Transmart
2122 Luann Lane
Madison, WI 57313

Attached are receipts for travel expenses related to the recent ITS America Annual meeting in Boston.

DESCRIPTION

| | |
|---|---|
| Parking... | $113.00 |
| ($25x3, $19x2—one $19 receipt is missing) | |
| Elstein Registration... | $25.00 |
| Red Sox Tickets (ALK, IBTTA and Iteris)... | $639.92 |
| Lunch (5/2)... | $8.59 |
| Lunch (5/3—Cameron, Comdata)... | $47.69 |
| Lunch (5/4—Sauder, Mapquest)... | $72.21 |
| Total | $906.41 |

Please send me $906.41 at your earliest convenience.  Thank you.

Robert D. Pritchard
5 Mitchell Drive
Foxboro, MA 02035
508-559-4270

**EXHIBIT K**

| Name | Title | Organization | Phone | Fax | E-Mail |
|---|---|---|---|---|---|
| | | **Auto** | | | |
| Karsten O. Fels | Manager, Traffic and Transportation, Rearch Group | DAIMLER CHRYSLER | 605-8452545 | 605-8452555 | karsten.fels@daimlerchrysler.com |
| Robert L. Bertini, Ph.D., P.E. | Research Scientist, Traffic & Transportation Research Group | DAIMLER CHRYSLER | 650-845-2514 | 650-845-2555 | robert.bertini@daimlerchrysler.com |
| Karsten O. Fels | Manager, Traffic and Transportation Research Group, Palo Alto | DAIMLER CHRYSLER | 650-845-2545 | 650-845-2555 | karsten.fels@daimlerchrysler.com |
| Daniel Jiang | Research Scientist | DAIMLER CHRYSLER | 650-845-2548 | 650-845-2555 | daniel.jiang@daimlerchrysler.com |
| Eric Wendell | Department Manager, Telematics Client Assistance Center | Mercedes-Benz USA, Inc. | 201-5732709 | 201-4766214 | wendell@mbusa.com |
| Michael J. Wolterman | Manager, Electro Mechanics Technical Research Group | Toyota | 734-9957117 | 734-9956767 | wolterman@ttc-usa.com |
| Nhai Cao | Telematics Operations, Business Development Associate | Ford | 313-3375352 | 313-3907898 | ncao1@ford.com |
| Ryoichi Nonaka | Chief Engineer Fundamental Research Lab. | Honda R&D Americas, Inc. | 248-3044883 | 248-3044881 | rnonaka@oh.hra.com |
| Martin A. Ferman | Staff Research Engineer | GM Co. | 810-9861622 | 810-9861910 | martin.a.ferman@gm.com |
| Xiaowen Dai, Ph.D. | Senior Project Engineer | GM POWERTRAIN | 810-986-0388, 8-226-0388 | 810-986-3003, 8-226-3003 VME: 810-116-0388 | xdai@gmr.com |
| | | | | | |
| | | **Telematics** | | | |
| Bob Serafini | Vice President, Sales and Marketing | TelConTar | 360-8372077 | 360-8340583 | serafini@telcontar.com |

| Name | Title | Company | Phone | Phone | Email |
|---|---|---|---|---|---|
| Greg McHugh | Senior Technical Specialist, Advanced Electronics and Telematics | Visteon | 313-3238152 | 313-8454267 | gmchugh1@visteon.com |
| Dean Coy | Director ? | Alpine | 248-4898550 ext211 | | dcoy@alpine-usa.com |
| Luc De Brouckere | Ph.D. | SmartMove | 617-2523700 | 617-2529980 | luc.debrouckere@smartmove-us.com |
| Vladimir Otchere | Analyst, New Business Development | Visteon | 313-8451718 | 313-3239440 | votchere@visteon.com |
| Steven P. Gavenas | svp, new business development | XM SATTLLITE RADIO | 202-969-7520 | 202-969-7050 | steve.gavenas@xmradio.com |
| Michael Dennis | Telematics Manager | ITS America | 817-4618093 | 817-5488613 | mdennis@itsa.org |
| | | **Device Maker** | | | |
| Brian R. Williams | Senior Manager, Marketing | Nortel Networks | 770-7088553 | | brwill@nortelnetwork.com |
| Hollister Hartman | Product and Business Development | Johnson Controls, Inc. | 616-4037655 | 616-3941800 | holly.hartman@jci.com |
| Masahiro Kojima | Senior System Engineer | National/Panasonic | 8145544342l Japan | 81455443430 Japan | kojima@isd.mci.mei.co.jp |
| Chris Knapp | Chief Executive Officer | Marbles, Inc. | 978-6638340 | 978-6630873 | cknapp@marblesinc.com |
| R.Jeffrey Murdock | Senior Engineer | DENSO | 760-9301415 | 760-9301450 | jmurdock@itsr.com |
| Steve Rothenberg | Vice President, Network Solutions Center | LMKI Communications Inc. | 881-411iNet | 818-9479819 | sr@LMKI.net |
| | | **Telecom** | | | |
| Kazuyuki Nakagawa | Senior Research Engineer, | NTT, Nippon Telegraph and Telephone Co. | 81468592402 Japan | 81468593429 Japan | kazuyuki@nttmhs.tnl.ntt.co.jp |

| Name | Title | Map & Database | | | |
|---|---|---|---|---|---|
| Dan Titus | President | TRAVROUTE | 609-2528138 | 609-2528166 | titus@travroute.com |
| David Marsh | Group Project Manager, Software Development | Rand Mcnally | 847-3293620 | 847-3292281 | dmarsh@randmcnally.com |
| Barnet Fagel | Director, Telematics/Traffic | Navigation Technologies Co. | 847-7957070 | 847-6994430 | bfagel@chi.navtech.com |
| Steve Ballenger | Director of Product Development | Rand Mcnally | 847-3296879 | 847-3292281 | sballenger@randmcnally.com |
| Kathy Kinney | Director, Business Development | Mapquest.com | 717.285.8561 | 717.285.8456 | kkinney@mapquest.com |
| Nicholas J. Hopkins | Director, Software Operations | Mapquest.com | 717-285-8572 | 717-285-8467 | nhopkins@mapquest.com |
| Brad Sauder | Manager, Research and Development | MAPQUEST.COM | 717-285-8517 | 717-285-8467 | bsauder@mapquest.com |
| Terry Smail | Senoir Vice President | Etak | 650-617-4427, 650 328-3825 | 650-617-0138 | terry.smail@etak.com |
| | | **Wireless** | | | |
| Daniel Goehl | Director, Sales and Marketing | WIRELESS LINK | 408-7191100 ext114 | 408-7199646 | dan@wireless-link.com |
| John Haley | Data Sales Manager | AT&T Wireless Services, Inc. | 201-9673115 | 201-9868747 | john.haley@attws.com |
| Richard R. Mudge, Ph.D. | President | Compass Services, A division of US WIRELESS | 703-456-0540 | 301-529-3834 | rmudge@uswcorp.com |
| Uday Nagendran | Director, Intelligent Transportation Systems | US WIRELESS Co. | 925-3276200 | 925-8308821 | uday@uswcorp.com |
| Stan Woo | Director, Business Development | Phone.Com Inc. | 605-5620200 | 605-8171499 | stan@corp.phone.com |
| | | **ATIS** | | | |
| Gordon E. Kaiser | Chairman and Chief Executive Officer | CUE Co. | 949-8628800 | 949-8628858 | gkaiser@cue.net |
| Brian Smyth | Vice President of Software Development | Traffic.COM | 610-4077436 | 610-7250530 | bsmyth@traffic.com |

| Geoff Halstead | President and CEO | Trafficstation | 213-929-2000 | 213-929-2001 | geoff@trafficstation.com |
|---|---|---|---|---|---|
| Harriet Chen | Director of Communications | Trafficstation | 734-741-8891 | 734-741-8556 | harriet@trafficstation.com |
| Jack Johnson | President & CEO | ITERIS | 714-780-7250 | 714-780-7246 | jej@iteris.com |
| | | **Others** | | | |
| Aj Menozzi | President | The Next Market | 949-8441594 810-7719123 | 949-6441596 810-7711663 | ajm@nxtmkt.com |
| Halbert G. Gillette | Publisher, Interactive Media Group | SCRANTON GILLETTE COMMUNICATIONS | 847-3911000 | 847-3900480 | hgillette@sgcmail.com |
| Ian Telfer | Vice President, Engineering | Cinergy Innovations, Inc. | 562-5929475 | 562-5923136 | |
| Sean McManus | Group Technology Editor & Websites Manager | Route One Publishing LTD | 441322612055 UK | 441322612060 UK | smcmanus@ropl.com |
| John Allen | Director Intermodal Operations Americas | APL Limited | 510-272-8235 | 510-272-7220 | john_allen@apl.com |
| Peter D. Strand | Director of Electronic Commerce Information Services | Hub Group, Inc. | 630-271-3823 | 630-971-0117 | psstrand@hubgroup.com |
| Natalie Derrick | IT Project Manager | Cross Country Automotive Services. | 781-3939300 | 781-3934902 | nderrick@ccgroup.com |

**EXHIBIT L**

**Subject:** Follow-up from ITS America
**From:** "Robert D. Pritchard" <bpritchard@trafficonline.com>
**Date:** Thu, 11 May 2000 11:35:48 -0400
**To:** ncao1@ford.com
**CC:** jchen@trafficonline.com
**BCC:** bin <bran@facstaff.wisc.edu>, connie <transmar@itis.com>

```
Hello Nhai Cao:
My colleague Jerome Chen from TrafficCast told me of your interest in
our predictive traffic and travel time service and asked me to
coordinate a follow-up.  We are interested in learning more about Ford's
telematics operations and exploring a fit between your efforts and our
current and emerging product offerings. TrafficCast is a predictive
travel-time product for the entire United States; we also have an
excellent team of traffic and industry experts.  Please see
www.trafficcast.com; I have also attached our overview and demo sheets
in .pdf.  Unlike traffic reporting services, we have developed
intelligent solutions that meet the needs of internet, telematics and
web-to-wireless applications.  Please contact me with comments or
questions.  Best regards, Bob Pritchard.

Robert D. Pritchard
Executive Vice President
TrafficCast
508-559-4270
```

**TC Overview.pdf**    **Content-Type:**    application/pdf
**Content-Encoding:** base64

**TC Demo.pdf**    **Content-Type:**    application/pdf
**Content-Encoding:** base64

**Subject:** Follow-up from ITS America
**From:** "Robert D. Pritchard" <bpritchard@trafficonline.com>
**Date:** Fri, 12 May 2000 07:43:03 -0400
**To:** jjadams@mail.delcoelect.com
**CC:** connie@trafficonline.com
**BCC:** bin <bran@facstaff.wisc.edu>

```
Good morning Mr. Adams:
As you may recall, my colleague (Dr. Connie Li) and I gave you the
"elevator pitch" for our TrafficCast predictive traffic model after your

ITSA session.  You mentioned that your organization was assessing
traffic products as Delphi's telematics products advance--I am
interested in continuing the pitch.  TrafficCast is a predictive
travel-time product for the entire United States; we also have a team of

traffic and industry experts (see www.trafficcast.com; I have also
attached our overview .pdf).  If not too much trouble, please let me
know who is the right person on your team to contact (or please forward
this message).  I hope you had nice time in Boston.  Best regards, Bob
Pritchard.

Robert D. Pritchard
Executive Vice President
TrafficCast
508-559-4270
```

TC Overview.pdf       **Content-Type:**      application/pdf
                      **Content-Encoding:** base64

**Subject:** Research on ITS America Leads
**From:** Bridget Frances Barrett <bbarrett@cae.wisc.edu>
**Date:** Mon, 15 May 2000 14:15:48 -0500
**To:** bran@facstaff.wisc.edu, bpritchard@trafficonline.com

```
Here is the research on the leads we were unsure of from ITS America. I
haven't had any luck so far finding information on Cinergy Innovations,
Advanced Traffic Control, or The Next Market,  but I'll keep trying.  Let
me know if you have any questions.

Thanks,

Bridget
```

**ITSAConResearch.doc**     **Content-Type:**        application/msword
                            **Content-Encoding:** base64

**EXHIBIT M**

**Subject:** Re: Lawyer's fee
**From:** "Robert D. Pritchard" <dashingdan@attbi.com>
**Date:** Mon, 24 Jun 2002 17:13:14 -0400
**To:** bob@trafficcast.com
**CC:** Connie Li <connie@trafficonline.com>, Jerome Chen <jchen@trafficcast.com>, Bin Ran <bran@trafficcast.com>

I also had a thought about "value"...for the $1,200 she consulted on the Telcontar and WingCast agreements, made fundamental enhancements to our core license grant language, set for clear paramters for future agreements and negotiations, and proved
to be very fair about billing (note what she didn't charge us for!). We should compare this to what we got for the same money from Patrick.

As we discussed, I will get a "quote" from her on the corporate papers and private placement agreements; also, a quote for staff lawyers to do an assessment of our IP...this is citical for corporate valuation and our patent strategy.

Bob.

"Robert D. Pritchard" wrote:

> Hi Connie:  We have no other outstanding fees.  We do not need to pay her
> now...we can pay her in the near future (30 to 60 days) or roll it all over
> into a payment at time of private placement.  While her hourly rate is hight,
> 1)  she will not handle routine activities in the future..she has much lower
> associates ($135 and $185/hour) that will handle routine for the future; and,
> 2) unlike other lawyers we have used in the past, she has direct expertise in
> software licensing and intellectual property issues; in aggregate, she will be
> more cost effective.  We clearly need to be careful of her hours and all other
> fees!  Bob.

> Connie Li wrote:

>> Hi, Bob,

>> I received the fax from you on the lawyer's fee. Do we need to pay her now?
>> We haven't pay her the last invoice yet. Do we have any other outstanding
>> hours after this invoice? I believe she is too expensive. We should be very
>> careful in using her in the future. TranSmart current lawyer charges a very
>> reasonable fee. We may need to consider to shift to him.

>> Hope you had a nice trip back from Boston to home last Tuesday. I had a
>> very good time in Boston. Thanks a lot for cruising me around.

>> Regards,

>> Connie

>> --------------------------------------------------------
>> Connie Jing Li, Ph.D., P.E.
>> President
>> TranSmart Technologies, Inc.
>> 2122 Luann Lane, Suite 203
>> Madison, WI 53713
>> Phone: (608)273-4740
>> Fax: (608)273-4783
>> E-mail: connie@trafficonline.com

# TESTA, HURWITZ & THIBEAULT, LLP

ATTORNEYS AT LAW

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

OFFICE (617) 248-7000

FAX (617) 248-7100

| | |
|---|---|
| Invoice Date: | October 25, 2002 |
| Invoice Number: | 199018 |

**IN ACCOUNT WITH:**

TrafficCast
5 Mitchell Drive
Foxboro, MA

Attn: Robert D. Pritchard

T.I.N. 04-2524781

**FOR PROFESSIONAL SERVICES** rendered through October 17, 2002.

**General**

| | | |
|---|---|---|
| Legal Fees: | $ 4,037.50 | |
| Disbursements: | 282.63 | |
| | | $ 4,320.13 |

| | |
|---|---|
| INVOICE TOTAL: | $ 4,320.13 |
| PRIOR BILLS OUTSTANDING AS OF October 25, 2002: | $ 1,187.71 |
| TOTAL BALANCE DUE: | $ 5,507.84 |

0237HMS09153,0001

**Subject: trafficast invoice**
**From:** "Stone, Heather M." <STONE@THT.com>
**Date:** Wed, 13 Nov 2002 17:37:57 -0500
**To:** "Robert D. Pritchard (E-mail)" <bob@trafficcast.com>

Bob, I got your message but have been very sick and out of the office since
the middle of last week.  I tried to call your voicemail but the memory
appears to be full.  You are correct - we've been working on a NavTech
agreement with Bin.  He's been very involved in the time devoted to the
project, and so the invoice shouldn't come as a surprise to him at all.
Please let me know if you have any other questions.  I hope all is going
well with you and that we have a chance to catch up soon.  All the best.

HMS

Heather M. Stone
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110
stone@tht.com
direct telephone:  617-248-7238; direct fax:  617-790-0267
assistant:  Peggy Smith; smithpe@tht.com; 617-248-7062
main telephone:  617-248-7000; main fax:  617-248-7100
web site:  www.tht.com


*****************************************************************
This email message and any files transmitted with it are subject to
attorney-client privilege and contain confidential information intended only for
the person(s) to whom this email message is addressed.  If you have received this
email message in error, please notify the sender immediately by telephone or email
and destroy the original message without making a copy.  Thank you.

Testa, Hurwitz & Thibeault, LLP
tel:617-248-7000
*****************************************************************

10/23/2005 10:57 AM

**EXHIBIT N**

**Subject:** Fwd: TST slides
**From:** Connie Li <transmar@itis.com>
**Date:** Thu, 13 Jun 2002 17:04:11 -0500
**To:** bpritchard@trafficcast.com
**CC:** Jessica Liu <yliu@trafficonline.com>

Hi, Bob,

I tried to e-mail you this but the file is too big. I'll have Jessica to deliver
it to you in some other way tomorrow. I have to run to pick up Eric.

Connie

> Date: Thu, 13 Jun 2002 16:45:00 -0500
> To: bpritchard@trafficcast.com
> From: Connie Li <transmar@itis.com>
> Subject: TST slides
>
>
> Hi, Bob,
>
> Sorry I missed your call and I apologize for not calling you back. It is another
> crazy day today.
>
> Attached is the draft slides of TranSmart part. I am expecting to finalize this
> on Monday but I don't expect there will be major changes. I saw the last slide
> on your presentation too and I think we should keep this that way (Please notice
> I did add one more bullet on TranSmart's DBE status into it). I believe we
> should bring handouts. I am planning to finalize this on Monday and print them
> out here. I need to leave to catch my flight at 3:30pm. I'll stay at Copley
> Square Hotel (47 Huntington Ave).
>
> Thanks,
>
> Connie
>
> ---------------------------------------------------
> Connie Jing Li, Ph.D., P.E.
> President
> TranSmart Technologies, Inc.
> 2122 Luann Lane, Suite 203
> Madison, WI 53713
> Phone: (608)273-4740
> Fax: (608)273-4783
> E-mail: connie@trafficonline.com


---------------------------------------------------
Connie Jing Li, Ph.D., P.E.
President
TranSmart Technologies, Inc.
2122 Luann Lane, Suite 203
Madison, WI 53713
Phone: (608)273-4740
Fax: (608)273-4783
E-mail: connie@trafficonline.com

**Subject:** Prep for Tomorrow
**From:** "Robert D. Pritchard" <dashingdan@attbi.com>
**Date:** Mon, 17 Jun 2002 09:41:20 -0400
**To:** connie <transmar@itis.com>

Hi Connie:  I have reassembled your 20-slide presentation...it looks
great!  I want to chat about some minor revisions...font, etc.  I am
assuming we should get together at your hotel at about 10 AM and visit;
and, then head over for a noon arrival at IBI.  If possible, please give
me a call (508-543-8978) before 11 CDT.  Thanks, Bob.



TrafficCast

# *Working Together*

- Available TrafficCast Data, Services and Applications
  - Real-time and historical travel time information
  - Predictive travel time data
  - Hosted information services and applications
  - Personalization engine for travel time--for different departure time/arrival time preferences
  - Alert engines for abnormal travel times and traffic conditions
- Customized Solutions and Joint Development
- Traffic Expertise
- TranSmart is a Certified DBE Firm in Massachusetts

**EXHIBIT O**

**Subject: Re: Exhibit Pass**
**Date:** Fri, 11 Oct 2002 09:04:58 -0400
**From:** "Robert D. Pritchard" <dashingdan@attbi.com>
**Reply-To:** bob@trafficcast.com
**Organization:** TrafficCast
**To:** Bin Ran <bran@trafficcast.com>
**CC:** Jerome Chen <jchen@trafficcast.com>, connie li <transmar@itis.com>


Bin:  I appreciate you communicating with me about the ITS World Congress meeting;
it's good to learn that the NavTech agreement has been fulfilled.  I will direct
any inquires about TrafficCast to you and Connie.  (I assume you have followed-up
with Alpine.)  As you know, the future of TrafficCast is important to me; our
efforts together over the last 2.5 years have truly created value (as evidenced in
TrafficCast's role at the ITS World Congress) and resources are owed me for my
expenses and effort.  I would appreciate the opportunity for us to discuss your new
route and how my exit will be mutually advantageous.  I look forward to seeing you
and Connie in Chicago and scheduling a time for TrafficCast's founding partners to
discuss next steps.    Best regards, Bob.

Thu, 10 Oct 2002 Bin Ran wrote:

> *Bob:*
>
> *We have chosen to go onto a different route. For the ITS World Congress, we*
> *would like to ask you not to represent TrafficCast. We appreciate your*
> *understanding.*
>
> *Thanks,*
>
> *Bin*
>
> *At 02:24 PM 10/10/2002, Robert D. Pritchard wrote:*
> *>Hi Connie:  I hope all is well.   How can we hook-up for me pick-up the*
> *>pass?  I*
> *>will be arriving at O'Hare at 9 AM and the Exhibit Hall at 11 AM?  Can we*
> *>meet at*
> *>11 AM at the McCormick Center Lakeside?  I will be around to chat on*
> *>Friday...please call if you get a minute 508/559-4270.   Thanks, Bob.*
> *>*
> *>Jerome...will you be attending?*
> *>*
> *>Bin Ran wrote:*
> *>*
> *> > Connie has an extra exhibit pass. She will pass it to you.*
> *> >*
> *> > Thanks,*
> *> >*
> *> > Bin*
> *> > At 07:20 PM 10/9/2002, you wrote:*
> *> > >Bin:  I will be at the exhibit on Monday from noon to 6 PM...perhaps*
> *> > we could*
> *> > >catch-up at the end of the day?  Are you staying over?  Any thoughts*
> *> > >before the*
> *> > >show...I'll be free to chat this weekend.   Bob.*
> *> > >*
> *> > >Bin Ran wrote:*
> *> > >*
> *> > > > Bob:*
> *> > > >*

> > > > > I will see you there. I will be there for part of the time only.
> > > > >
> > > > > Bin
> > > > > At 01:20 PM 10/9/2002, Robert D. Pritchard wrote:
> > > > > >Bin:  I am going to be at the ITS World Congress exhibition on
> > Monday.  It
> > > > > >would make sense for us to chat in advance.  I assume you will be
> > > > > >there...it is
> > > > > >appropriate for us to get together.  With no response, I will look for
> > > > you at
> > > > > >the NavTech booth.  Please advise.  Bob.
> > > > > >
> > > > > >Mon, 23 Sep 2002 "Robert D. Pritchard" wrote:
> > > > > >
> > > > > > Bin:  What's the deal with NavTech and the World Congress?  I am
> > > > > > concerned that opportunities are slipping away due to our inaction.
> > > > > > Please advise.  Bob.
> > > > > >
> > > > > >
> > > > -----------------------------------------------------------------------
> > > > > >
> > > > > > Subject: ITS
> > > > > > Resent-Date: Mon, 23 Sep 2002 13:12:01 -0500
> > > > > > Resent-From: bpritchard@trafficonline.com
> > > > > > Resent-To: bran@engr.wisc.edu,dashingdan@attbi.com
> > > > > > Date: Mon, 23 Sep 2002 11:11:59 -0700
> > > > > > From: togawa@alpine-usa.com
> > > > > > To: bpritchard@trafficonline.com
> > > > > >
> > > > > > Hello Bob
> > > > > >
> > > > > > This is Tommy Ogawa from Alpine.
> > > > > > I'm planning to go to ITS in Chicago for a couple of days.( Main
> > > > purpose to
> > > > > > visit is Navtech's Traffic demo)
> > > > > > Do you have an exhibit booth this time? If possible I'd like to
> > > > stop by and
> > > > > > meet you to update the latest status.
> > > > > >
> > > > > > Thank you.
> > > > > >
> > > > > > Regards,
> > > > > >
> > > > > > Tommy Ogawa, Product Planing Manger, Alpine Electronics of America