UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW

|  |  |
|---|---|
| ROBERT D. PRITCHARD,<br>Plaintiff,<br><br>v.<br><br>TRAFFICCAST, INC.; BIN RAN; AND CONNIE JING LI,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF BRUCE L. ELSTEIN

I, Bruce L. Elstein, hereby depose under oath and swear as follows:

1. I am an attorney admitted to practice in Connecticut. I am a member of the State and Federal Bars of Connecticut, in good standing, and without any ethics complaints pending against me.

2. From approximately April 2000, through March 2002, I was corporate counsel for TrafficCast. I was listed in TrafficCast's business plan as its corporate counsel. I have personal knowledge of the facts set forth herein, and if called and sworn to testify, could competently testify thereto.

3. I did a variety of legal work for TrafficCast concerning the use of data from other companies, licensing agreements, and non-disclosure agreements. I was also involved with TrafficCast's business strategy and various negotiations with third parties during the time I represented it.

{00073870.DOC}                                                              1

4. Plaintiff Robert Pritchard ("Pritchard") was a full-time TrafficCast employee for most of 2000 and 2001. Pritchard's TrafficCast office was located in Foxboro, MA, at Five Mitchell Drive. The Foxboro, MA office was TrafficCast's MA office for more than two years.

5. I worked with Pritchard concerning various TrafficCast deals and transactions originating in MA.

6. Pritchard and I negotiated vendor contracts with various companies, under which contracts TrafficCast purchased data from these companies and licensed its products to others, including TeleAtlas, GDT, @Road, i3Mobile, Webraska, Kivera, WingCast, and Gannett Fleming.

7. All my contact with Pritchard concerning TrafficCast matters was with him in MA, on a frequent, sometimes daily basis. The only exceptions were when he traveled to Connecticut for meetings or a single trip to Wisconsin I made with him on business.

8.    In April 2000, Pritchard became an employee and executive of TrafficCast. I was personally present during the negotiations and consummation of the employment deal between Pritchard and TrafficCast, which was finalized at TrafficCast's Foxboro, MA office in April 2000. Present at this meeting were myself, Pritchard, and TrafficCast principals Connie Jing Li and Bin Ran.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF OCTOBER 2005.

*Bruce L. Elstein, Esq.*

SUBSCRIBED AND SWORN TO BEFORE ME THIS 10TH DAY OF OCTOBER, 2005.

Ginny Yang
Notary Public
My commission expires: 8/31/2010

{00073870.DOC}    3