UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW

ROBERT D. PRITCHARD, Plaintiff )
)
)
v. )
)
TRAFFICCAST, INC.; BIN RAN; )
And CONNIE JING LI, Defendants. )

**PLAINTIFF PRITCHARD'S CERTIFICATE OF SERVICE OF OPPOSITION
PAPERS TO DEFENDANT'S MOTION TO DISMISS**

I, John C. Barker, attorney for plaintiff hereby certify that I have on this 28th day of October 2005, served copies of (1) Plaintiff Pritchard's Memorandum of Law in Opposition to Defendant's Motion to Dismiss on Jurisdictional and Venue Grounds; (2) Supporting Affidavit of Robert Pritchard, with Exhibits A through O; (3) Supporting Affidavit of Bruce Elstein; and (4) Certificate of Service, by mailing a copy of same, via first class mail, to Brian A. Gillis, Esq., Law Offices, 45 School Street, Boston, MA 02108 and Darice Hermann, Esq., Blommer Peterman, 13700 West Greenfield Avenue, Brookfield, WI 53002.

PLAINTIFF ROBERT D. PRITCHARD,
By His Attorneys

*/s/ John Barker*

Paul Michienzie, Esq.
John C. Barker, Esq.
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: 617-227-5660

{00075002.DOC}