IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ROBERT D. PRITCHARD,**

    Plaintiff

vs.

                              Case No.    05CV11135MLW

**TRAFFICCAST, INC., BIN RAN,**
and **CONNIE JING LI,**

    Defendants

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Kevin J. Palmersheim and J. Thomas Haley, as counsel for the defendants, TrafficCast, Inc., Bin Ran, and Jing (Connie) Li, in the above-captioned matter. The above-named counsel were granted leave to appear *pro hac vice* by the Court on October 11, 2005.

                              Respectfully submitted,

                              By the Defendants,

| | |
|---|---|
| /s/ Thomas Haley | /s/ Kevin J. Palmersheim |
| J. Thomas Haley | Kevin J. Palmersheim |
| Wisconsin State Bar #1013229 | Wisconsin State Bar #1020726 |
| P.O. Box 628005 | P.O. Box 628005 |
| Middleton, WI 53562-8005 | Middleton, WI 53562-8005 |
| (608) 836-6400 | (608) 836-6400 |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorneys of record for each other party by mail on November 15, 2005.

                                                  /s/ Kevin J. Palmersheim
                                                Kevin J. Palmersheim