UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW

| | |
|---|---|
| ROBERT D. PRITCHARD, Plaintiff | ) ) ) |
| v. | ) ) |
| TRAFFICCAST, INC.; BIN RAN;<br>And CONNIE JING LI, Defendants. | ) ) ) ) |

**PLAINTIFF PRITCHARD'S MOTION TO CONSOLIDATE
THE TWO INTERRELATED CASES**

Plaintiff Robert D. Pritchard ("Pritchard" or "plaintiff") hereby moves to consolidate the Massachusetts federal case [the instant case, Docket No. 05-CV-11135-MLW], filed in May 2005, with the parallel federal case [Docket No. 05-CV-12288], filed in August of 2005 and recently transferred from Wisconsin federal court (under §1404). As detailed in the attached Memorandum of Law, these two cases involve common -- almost identical -- questions of law and fact, and arise from the same transactions and occurrences between Pritchard and the TrafficCast Defendants. Further, the parties are almost the same in the two cases: Pritchard is the plaintiff in the instant case and the defendant in the Wisconsin case, TrafficCast, Inc. is a defendant in the instant case and the plaintiff in the Wisconsin case; the only difference in the parties is that Pritchard has added two of the TrafficCast principals as defendants in the instant case: Bin Ran and Connie Jing Li. Plaintiff therefore respectfully asks this Honorable Court to consolidate these two interrelated cases for the purposes of discovery and for the purposes of trial, in order to avoid inconsistent rulings and to achieve judicial and

{00083235.DOC}

litigation-cost efficiencies.

                                        PLAINTIFF ROBERT D. PRITCHARD,
                                        By His Attorneys,

Dated: 4/28/06

Paul Michienzie, Esq. – BBO NO: 548701
John C. Barker, Esq. – BBO NO: 637406
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: 617-227-5660

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for plaintiff hereby certify that I have on this 28th day of April 2006, served copies of the foregoing Motion, by mailing a copy of same, postage prepaid, to the following counsel of record:

Brian A. Gillis, Esq.
Law Offices
45 School Street
Boston, MA 02108

Kevin J. Palmersheim, S.C.
Haley Palmersheim, S.C.
1424 N. High Point Road, Suite 202
P.O. Box 628005
Middletown, WI 53562-8005

Darice Hermann, Esq.
Blommer Peterman
13700 West Greenfield Avenue
Brookfield, WI 53002

                                                  John C. Barker

{00083235.DOC}