UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW

ROBERT D. PRITCHARD, Plaintiff )
)
v. )
)
TRAFFICCAST, INC.; BIN RAN; )
And CONNIE JING LI, Defendants. )

**AFFIDAVIT OF PLAINTIFF'S COUNSEL, OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, John C. Barker, hereby declare under oath as follows:

1. I am currently a partner at the law firm of Michienzie & Sawin LLC, 745 Boylston Street, Boston, MA 02116, which law firm represents plaintiff Robert Pritchard ("plaintiff") in this lawsuit.

2. I have personal knowledge of the facts set forth herein, and if called and sworn to testify, could competently testify thereto.

3. I conferred over the telephone with defense counsel Brian Gillis on 4/28/06, concerning plaintiff's Motion to Consolidate, as required under Local Rule 7.1(A)(2). We did not agree on the necessity or timing of plaintiff's Motion to Consolidate. Therefore, plaintiff is filing his Motion to Consolidate.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28 DAY OF APRIL 2006.

*John C. Barker*
John C. Barker

{00083780.DOC}

1

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for plaintiff hereby certify that I have on this 28th day of April 2006, served copies of the foregoing Affidavit, by mailing a copy of same, postage prepaid, to the following counsel of record:

Brian A. Gillis, Esq.
Law Offices
45 School Street
Boston, MA 02108

Kevin J. Palmersheim, S.C.
Haley Palmersheim, S.C.
1424 N. High Point Road, Suite 202
P.O. Box 628005
Middletown, WI 53562-8005

Darice Hermann, Esq.
Blommer Peterman
13700 West Greenfield Avenue
Brookfield, WI 53002

_____
John C. Barker

{00083780.DOC}

2