**Brian A. Gillis, Esq.**
**Forty-Five School Street**
**Boston, Massachusetts 02108**
Telephone (617) 720-4443
Fax (617) 720-1226
*email: bgillis@socialaw.com*

June 29, 2006

Dennis O'Leary
Civil Clerk's Office
United States District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02110

       RE:    <u>Richard D. Pritchard v. TrafficCast, Inc., Bin Ran and Connie Jing Li</u>
             United States District Court Civil Action No. 05-11135-MLW

Dear Mr. O'Leary:

     As we discussed, I am writing to inquire as to the status of the defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and, Alternatively, to Transfer Venue that was filed with the Court in the above-referenced action on September 28, 2005. A related action from the District of Wisconsin, in which there is also a pending venue motion, has recently been transferred to this District so that "all issues of jurisdiction and venue [can be] decided together" and is also currently pending before Judge Wolf (Wisconsin Civil Action No. 05-C-557-S/Massachusetts Civil Action No. 05-CV-12288). It is my understanding that Judge Wolf will be scheduling a hearing on these matters and it would be greatly appreciated if you could provide me with some idea as to when that might occur.

     Thank you for your assistance with this matter. If you have any questions, please contact me.

                                      Sincerely,

                                      Brian A. Gillis

cc: Paul Michienzie, Esq./John C. Barker