UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW

ROBERT D. PRITCHARD, Plaintiff    )
                                  )
v.                                )
                                  )
TRAFFICCAST, INC.; BIN RAN;       )
And CONNIE JING LI, Defendants.   )

## JOINT STATEMENT OF THE PARTIES
## PURSUANT TO RULE 26(f) AND LOCAL RULE 16.1

The parties having conferred pursuant to Fed.R.Civ.P. 26(f), hereby submit the following proposed Pretrial Schedule and Agenda for Scheduling Conference, pursuant to Fed.R.Civ.P. 26(f) and U.S. District Court Local Rule 16.1. The Scheduling Conference in this case is currently scheduled for 3:00 p.m. on 9/13/06.

### PLAINTIFF'S PROPOSED PRETRIAL SCHEDULE

1. Pre-discovery disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be made by 11/6/06.

2. Discovery shall be subject to the following limits:

   A. Fact discovery shall be completed by 3/5/07.

   B. Maximum of 10 depositions by each party.

   C. Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of parties.

   D. Two sets of requests for production of documents by each party.

3. Motions for joinder of additional parties and amendment of pleadings shall be made by 12/18/06.

00092036.DOC

1

4. Plaintiffs and defendants shall identify experts (if any) and comply with Rule 26(a)(2) by 4/9/07.

5. Expert depositions (if any) shall be completed by 5/21/07.

6. Dispositive motions shall be filed by 6/18/07.

7. Oppositions to dispositive motions shall be filed by 7/23/07.

8. The parties would like a settlement conference, or a possible mediation date per Local Rule 16.4(C)(4), on or by 8/6/07.

9. The parties would like a final pretrial conference in September 2007.

10. Deadline for final list of witnesses and exhibits under Rule 26(a)(3) shall be determined at the Pretrial Conference.

11. The parties shall have 14 days after service of the final list of witnesses and exhibits to list objections under Rule 26(a)(3).

12. The case should be ready for trial by October 2007.

### DEFENDANTS' PROPOSED PRETRIAL SCHEDULE

1. Pre-discovery disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be made by 10/13/06.

2. The parties shall conduct phased discovery. In the event that the Court does not grant the defendants' pending motion to dismiss or to transfer venue, the first phase is limited to developing information relevant to the issues of personal jurisdiction and venue. Following the completion of the first phase of discovery, in the event that the Court does not dismiss or transfer the action, the parties shall conduct a second phase of discovery limited to the issues raised by Count I of the plaintiff's complaint (Violations of Federal Securities Laws). Following the completion of the second phase of discovery,

00092036.DOC

2

in the event that the Court does not dismiss or transfer the action, the parties shall conduct a final phase of discovery limited to the remaining issues raised by the pleadings. All discovery further will be subject to the following limits:

    A.    Jurisdictional and venue discovery shall be completed by 11/13/06.

    B.    The plaintiff's federal securities law violations claim discovery shall be completed by 1/15/07.

    C.    All fact discovery shall be completed by 3/15/07.

    D.    Maximum of 10 depositions by each party, with the jurisdictional and venue discovery phase limited to 3 depositions by each party.

    E.    Each deposition shall be limited to a maximum of 6 hours unless extended by agreement of parties.

    F.    Two sets of requests for production of documents by each party.

    G.    Twenty-five (25) interrogatories by each party.

    H.    Twenty-five (25) requests for admissions by each party.

3.    Motions for joinder of additional parties and amendment of pleadings shall be made by 12/18/06.

4.    Following the completion of the first phase of discovery, in the event that the Court does not dismiss or transfer the action, the defendants may renew their motion to dismiss or to transfer venue by 12/18/06.

5.    Following the completion of the second phase of discovery, in the event that the Court does not dismiss or transfer the action, the defendants may file a dispositive motion as to the plaintiff's federal securities law violations claim (Count I of the complaint) by 2/14/07, with any oppositions thereto filed by the plaintiff by 2/28/07, and a hearing to be conducted by the Court, if its schedule permits, on 3/5/06 at 3:00 p.m.

6. Plaintiffs and defendants shall identify experts (if any) and comply with Rule 26(a)(2) by 4/9/07.

7. Expert depositions (if any) shall be completed by 5/21/07.

8. Dispositive motions on any remaining issues shall be filed by 6/18/07.

9. Oppositions to dispositive motions shall be filed by 7/23/07.

10. The parties would like a settlement conference, or a possible mediation date per Local Rule 16.4(C)(4), on or by 8/6/07.

11. The parties would like a final pretrial conference in September 2007.

12. Deadline for final list of witnesses and exhibits under Rule 26(a)(3) shall be determined at the Pretrial Conference.

13. The parties shall have 14 days after service of the final list of witnesses and exhibits to list objections under Rule 26(a)(3).

14. The case should be ready for trial by October 2007.

**PROPOSED AGENDA TO BE DISCUSSED AT SCHEDULING CONFERENCE**

1. The pending motions to dismiss and motions to transfer venue.

2. The pending motion to consolidate with the parallel case previously transferred from Wisconsin federal court.

3. The above litigation schedules.

4. Whether the parties will consent to trial by a Magistrate Judge.

5. Whether the parties will consider further Alternative Dispute Resolution. The parties already attempted unsuccessfully to mediate this dispute on 6/28/06.

## Certifications

The undersigned counsel for the parties hereby certify that they have complied with their respective obligations under Local Rule 16.1(D)(3) concerning conferring with their clients with a view towards establishing a budget for the costs of conducting the full course of the litigation and considering the possibility of resolving the litigation through further Alternative Dispute Resolution programs.

The Plaintiff,                                              The Plaintiff's Attorneys,


_____                    _____
Robert D. Pritchard                                         Paul Michienzie – BBO#548701
                                                            John C. Barker – BBO#637406
                                                            Michienzie & Sawin LLC
                                                            745 Boylston Street
                                                            Boston, MA 02116
                                                            Tel: (617) 227-5660


The TrafficCast Defendants,                                 Defense Counsel for TrafficCast Defendants,


_____s/_____                    _____s/_____
Name: Connie Li                                             Brian A. Gillis, Esq.
Title:  Defendant                                           Law Offices of Brian A. Gillis, Esq.
                                                            45 School Street
                                                            Boston, MA 02108
                                                            Tel: (617) 720-4443

**Certifications**

The undersigned counsel for the parties hereby certify that they have complied with their respective obligations under Local Rule 16.1(D)(3) concerning conferring with their clients with a view towards establishing a budget for the costs of conducting the full course of the litigation and considering the possibility of resolving the litigation through further Alternative Dispute Resolution programs.

The Plaintiff,

_____
Robert D. Pritchard

The Plaintiff's Attorneys,

_____
Paul Michienzie – BBO#548701
John C. Barker – BBO#637406
Michienzie & Sawin LLC
745 Boylston Street
Boston, MA 02116
Tel: (617) 227-5660

The TrafficCast Defendants,

_____
Name:
Title:

Defense Counsel for TrafficCast Defendants,

_____
Brian Gillis, Esq.
Law Offices
45 School Street
Boston, MA 02108
Tel: (617) 720-4443

{00091634.DOC}