UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA05-12288
CASE NO. __CA05-11135__

| Trafficast Inc. et al<br>Robert Pritchard | Robert Pritchard<br>Trafficast Inc., et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Barker | Brian Gillis |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE __Wolf__    CLERK __O'Leary__    REPORTER __Patrisso__

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 9/13/06 | Court allows the consolidation of the two above-referenced actions |
| | Court listens to oral arguments on the defendants motion to dismiss or in the alternative change venue (docket no 7). Court denies the motions to dismiss and to transfer venue. Court gives its reasoning from the bench. |
| | Court sets a schedule for the remainder of the case - procedural order to issue. |