UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW
Consolidated with 05CV-12288-MLW

| | |
|---|---|
| ROBERT D. PRITCHARD, <br> Plaintiff, <br><br> v. <br><br> TRAFFICCAST, INC.; BIN RAN; AND CONNIE JING LI, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RULE 26 INITIAL DISCLOSURES BY PLAINTIFF ROBERT PRITCHARD

Pursuant to Fed.R.Civ.P. 26(a)(1), plaintiff Robert D. Pritchard ("plaintiff" or "Pritchard") makes the following initial disclosures:

**A.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Excluding those individuals who may be used solely for purposes of impeachment, the following individuals may have discoverable information that plaintiff may use to support his claims or defenses. Also listed is a general description of the subjects of the information they may possess, as well as the address and telephone numbers for each individual—to the extent known to the plaintiff. The individuals identified and subjects of information enumerated are "initial," based on information currently available. Individuals with information as well as the subjects of information may broaden or change as discovery occurs. Accordingly, the plaintiff does not limit himself to these initial disclosures.

| #  | NAME/ADDRESS | SUBJECT(S) OF INFORMATION |
|----|--------------|---------------------------|
| 1. | Bridgett Barrett<br>Transmart Technologies<br>2802 Coho Street, Suite 102<br>Madison, WI 53713-4521<br>608-273-4740 | General knowledge of Pritchard's role in TrafficCast's activities and TrafficCast fundraising. |
| 2. | Jerome Chen-Chan<br>Chief Technology Officer<br>TrafficCast<br>2802 Coho Street, Suite 102<br>Madison, WI 53713-4521<br>608-273-4740 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of the terms and conditions of Pritchard's employment and specific knowledge of Pritchard's level of effort. |
| 3. | Jessica Chen<br>TrafficCast<br>2802 Coho Street, Suite 102<br>Madison, WI 53713-4521<br>608-273-4740 | General knowledge of Pritchard's role in TrafficCast's activities. |
| 4. | Wen Luo Chou<br>2901 Grandview Boulevard<br>Madison, WI 53713 | General knowledge of TrafficCast's fundraising activities. |
| 5. | Chih-Lin Chou<br>608-831-7160 | Specific knowledge of TrafficCast's product offerings. |
| 6. | Bruce L. Elstein, Esq.<br>Elstein & Elstein<br>1087 Broad Street, Suite 400<br>Bridgeport, CT 06604<br>203-367-4421 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of the terms and conditions of Pritchard's employment and specific knowledge of Pritchard's ownership position in TrafficCast and specific knowledge of Pritchard's level of effort. |
| 7. | Rolf Heitmann<br>17 Annette Drive<br>Portsmouth, RI 02871<br>401-662-6222 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of TrafficCast's fundraising activities. |
| 8. | Scott Larson<br>Vaschon Partners<br>2128 Waverly Way East, Suite 200<br>Seattle, WA 98112<br>106-325-9987 | Specific knowledge of the investment and acquisition offers InfoMove made to TrafficCast. |
| 9. | John McLeod<br>Executive Vice President<br>NavTech<br>222 Merchandise Mart<br>Chicago, IL 60654<br>312-894-7000 | Specific knowledge of the investment and acquisition offers NavTech made to TrafficCast. |

{00096395.DOC}
00096395.DOC

2

| #   | NAME/ADDRESS | SUBJECT(S) OF INFORMATION |
|-----|--------------|---------------------------|
| 10. | Jeff Held<br>Quixote Corporation<br>One East Wacker Drive<br>Chicago, IL 60061<br>312-467-6755 | General knowledge of TrafficCast's fundraising activities. |
| 11. | Richard R. Mudge<br>11116 Stackhouse Court<br>Potomac, MD 20854 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of TrafficCast's fundraising activities. |
| 12. | Ronald Scherer<br>Chairman, National Sign & Signal<br>5131 Post Road<br>Dublin, OH 43017<br>614-792-0777 | Specific knowledge of the investment and acquisition offer National Sign and Signal made to TrafficCast. |
| 13. | Patrick Stiennon<br>Stiennon & Stiennon<br>612 W. Main Street, Suite 201<br>Madison, WI 53703<br>608-250-4870 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of Pritchard's involvement in TrafficCast patent matters. |
| 14. | Heather Stone<br>Edwards, Angell, Palmer & Dodge<br>111 Huntington Avenue<br>Boston, MA 02117<br>617-951-3331 | Specific knowledge of Pritchard's ownership position in TrafficCast. |
| 15. | Milan Turk<br>553 Silvermine Road<br>New Cannan, CT 06840 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of TrafficCast's fundraising activities. |
| 16. | Yingcai (Tom) Xiao<br>Department of Computer Science<br>The University of Akron<br>Akron, OH 44325-4003<br>330-972-5809 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of TrafficCast's fundraising activities. |
| 17. | Ping Yin<br>Department of Civil Engineering<br>The Unviersity of Akron<br>Akron, OH 44325-4003<br>330-972-7294 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of TrafficCast's fundraising activities. |
| 18. | Jan Cohen<br>1460 Barnum Avenue<br>Bridgeport, CT 06610 | General knowledge of Pritchard's role in TrafficCast's activities and specific knowledge of TrafficCast's fundraising activities. |

{00096395.DOC}
00096395.DOC

B.  **DOCUMENTS, DATA COMPILATIONS, & TANGIBLE THINGS**

Excluding those documents, data compilations, and tangible things that may be used solely for purposes of impeachment, the following categories of such items are in the possession, custody, or control of plaintiff Pritchard:

1. TrafficWays/Scherer Companies-Acquisition Offer and related documents
2. InfoMove—Acquisition Offer and related documents
3. Berbee-related documents
4. TrafficCast Senior Staff Meeting documents; TC Senior Staff Rosters; TC Fundraising Plan
5. Insurance Application and related documents
6. Various Non-Disclosure Agreements
7. Presentations/Statements and related documents
8. NavTech—Acquisition Offer and related documents
9. Quixote-related documents
10. UBS Warburg Report
11. July 2000 Business Plan and Executive Summary
12. September 2001 Business Plan
13. Correspondence; TC Valuation
14. Stocks/Fundraising and related documents; Share split documents
15. Patents; IP Summaries and related documents
16. Bruce Elstein's due diligence documents and draft corporate papers
17. Testa, Hurwitz & Thiebeault Engagement and related documents
18. Application for WI venture capital fair and related documents
19. Miscellaneous documents; deals; FHWA audit of Li's books

{00096395.DOC}
00096395.DOC

4

20. 2002 Unreimbursed Travel Expenses, invoices, travel itineraries

21. Financial projections, including executive salaries

22. Email log of TC-related emails.

23. Telcontar and related documents

24. i3Mobile and related documents

25. Revenue Agreements

26. Vendor Agreements

27. Receipts and travel documents; Travel itineraries and expense reports

28. Payment stubs to Pritchard

29. Demand letters, email, documents

These documents are available for inspection at the undersigned plaintiff's counsel's offices, or if defense counsel requests, plaintiff's counsel will produce a set to defense counsel at cost.

C.   **COMPUTATION OF DAMAGES**

As set forth in plaintiff's Amended Complaint, plaintiff claims that he was issued, and is entitled to the value of, 1.848M shares of TrafficCast, which were valued at $1 each at that time. Pritchard also was promised, and is entitled to, an annual salary of $110,000, along with reimbursement of his travel and other business expenses. Taking into account salary that was paid and expenses that were reimbursed, Pritchard's claim is for about $270,000 in remaining deferred salary and about $25,000 in TrafficCast unreimbursed expenses. Therefore, excluding any interest, attorney's fees, and/or multiple damages, Pritchard's damage claim is approximately $2.43M. Among other documents that set forth these figures, the corporate documents from Ran establish the issuance to Pritchard of 1.848M shares of TrafficCast, and the

TrafficCast financial projections concerning personnel costs set forth Pritchard's annual salary of $110,000 (spreadsheet and corporate document from Ran).

D.  **INSURANCE AGREEMENTS**

No applicable insurance, to Pritchard's knowledge.

PLAINTIFF, ROBERT D. PRITCHARD,
By His Attorneys,

MICHIENZIE & SAWIN, LLC

Dated: 11/6/06   By: _____
Paul Michienzie – BBO NO: 548701
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116-2636
Tel: 617-227-5660

**CERTIFICATE OF SERVICE**

I, John C. Barker, attorney for plaintiff hereby certify that on this 6th day of November 2006, the following counsel of record were electronically served with the foregoing Rule 26 Initial Disclosures:

Brian A. Gillis, Esq.
Law Offices
45 School Street
Boston, MA 02108

Kevin J. Palmersheim, S.C.
Haley Palmersheim, S.C.
1424 N. High Point Road, Suite 202
P.O. Box 628005
Middletown, WI 53562-8005

_____
John C. Barker

{00096395.DOC}
00096395.DOC

6