UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV-11135-MLW

| | |
|---|---|
| ROBERT D. PRITCHARD,      Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TRAFFICCAST, INC., BIN RAN.,<br>and CONNIE JING LI      Defendants. | )<br>)<br>) |

<u>DEFENDANTS' AUTOMATIC DISCLOSURE PURSUANT TO RULE 26</u>

The defendants, TrafficCast, Inc., Bin Ran, and Connie Jing Li, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Rule 26.2 of the local Rules of this Court, hereby makes the following automatic disclosure of information as required:

A. <u>Names, addresses and telephone numbers of individuals with discoverable information</u>.

1. Robert D. Pritchard, 5 Mitchell Drive, Foxboro, MA, 02035.

2. Bin Ran, (business address) 2801 Coho Street, Suite 100, Madison, WI 53713, (608) 268-3931; the subjects of the plaintiff's contract with the Defendant, his failures to perform as agreed and the termination of the parties' relationship.

3. Connie Jing Li, (business address) 2801 Coho Street, Suite 100, Madison, WI 53713, (608) 268-3929; the subjects of the plaintiff's contract with the defendant, his failures to perform as agreed and the termination of the parties' relationship.

4. Jerome Chen-Chan, (business address) 2801 Coho Street, Suite 100, Madison,

   WI 53713, (608) 268-3932; the subjects of the plaintiff's contract with the defendant and communication with Pritchard in terms of system development, business development, and customer support.

5. Yun-Chen (Jessica) Liu, (business address) 2802 Coho Street, Suite 102, Madison, WI 53713, (608) 268-3910; the subjects of the plaintiff's expense reports and reimbursements, and communications with Pritchard.

6. Bridget Barrett, (business address) 2802 Coho Street, Suite 102, Madison, WI 53713, (608) 268-3914; the subjects of the ITS America Annual Meeting at Boston from April 30, 2000 to May 3, 2000 and contacts with Pritchard in TrafficCast business.

7. Ping Yi, (business address) University of Akron, Ohio, (330) 972-7294; the subjects of his work as one of the lead developers for TrafficCast, his meeting with Pritchard on his trip to Ohio on 12/26/99 – 12/27/99 and contacts with Pritchard regarding TrafficCast products and business.

8. Gary M. Padley CPA, S.C., (business address) 6441 Enterprise Lane, Suite 101, Madison, WI 53719, (608) 288-8770; the subjects of his preparation of all the tax returns for TrafficCast since 1999, balance sheet projection based on Pritchard's business plan, the subcontractor status of Pritchard and TrafficCast's hiring of employees.

8. Dick Mudge, (business address) Delcan, Inc., 8618 Westwood Center Drive, Suite 220, Vienna, VA 22182, (301) 529-3834; the subjects of his work as an advisor to TrafficCast, his attendance at the ITS America Annual Meetings, including the one at Boston from April 30, 2000 to May 3, 2000, his

interactions with Pritchard at different occasions, including his previous firm US Wireless' business relationship with TrafficCast, and his participation in the negotiations with Navteq.

9. Bruce Elstein, Elstein and Elstein, 1087 Broad Street, Suite 400, Bridgeport, CT, 06604-4231 (203) 367-4421; the subjects of his friendship with Pritchard, his work for TrafficCast and the Connecticut Bar Disciplinary Proceedings pending against Elstein, where probable cause has been found that he violated his ethical duties to TrafficCast in connection with work purportedly done on its behalf.

10. Bradford Wright, Massachusetts, Cambridge Systematics, Inc., 150 Cambridge Park Drive, Suite 4000, Cambridge, MA 02140, (617) 354-0167, the subjects of his work as the supervisor for Pritchard when he was working at Cambridge Systematics from 1999 to early 2000.

11. Harriet Chen-Pyle, 2801 Coho Street, Suite 100, Madison, WI 53713 (734) 741-8891; the subjects of her work as an independent contractor for TrafficCast and her interaction with Pritchard at different occasions, including prior to her work for TrafficCast.

12. Chris Golier, i3Mobile, Inc., 181 Harbor Drive, Stamford, CT 06902, (203) 428-3238; the subjects of his work for i3 Mobile and the negotiations for the renewal of the contract with TrafficCast prior to the end of 2001, including his contacts with Pritchard regarding i3Mobile's traffic services.

13. Brian Shenson, (business address), Kivera (Kivera/TCS), 300 Lakeside Dr. Suite 1045, Oakland, CA 94612, (510) 763-3300; the subjects of his work for

    Kivera and the negotiations for the contract with TrafficCast in 2001, including his contacts with Pritchard regarding Kivera's traffic services.

14. Steve Wollenberg, (business address), Dash Navigation™, Inc., 2189 Leghorn Street, Mountain View, CA 94043, (650) 248-9507; the subjects of his work for MobileAria and the negotiations for the contract with TrafficCast in 2001, including his contacts with Pritchard regarding MobileAria's traffic and map services.

15. Eric Fumat, (business address), Webraska; 22, rue Guynemer BP 107, 78602 Maisons-Laffitte cedex, France, +33 (0) 1 39 12 88 00; the subjects of his work for Webraska and the negotiations for the contract with TrafficCast in 2001, including his contacts with Pritchard regarding Webraska's traffic services

16. Jonathon Pollack, (business address), Gannet Fleming/GeoDecisions, 209 Senate Ave., Camp Hill, PA 17011, (717) 705-1527 (m); the subjects of his work for Gannet Fleming and the negotiations for the contract with TrafficCast in 2000-2001, including his contacts with Pritchard regarding Gannet Fleming's traffic services

17. Craig Wrobel, (business address), Etak (TeleAtlas), 11 Lafayette Street Lebanon, NH 03766, (603) 643-0330; the subjects of his work for Etak and the negotiations for the contract with TrafficCast in 2000-2001, including his contacts with Pritchard regarding TrafficCast's purchase of Etak's traffic data.

18. Priscilla Fridlund, (business address), GDT (TeleAtlas), 11 Lafayette Street Lebanon, NH 03766, (603) 643-0330; the subjects of her work for GDT and

the negotiations for the contract with TrafficCast in 2000-2001, including her contacts with Pritchard regarding TrafficCast's purchase of GDT's map data.

19. Chris Page, (business address), Navigation Technologies, 222 Merchandise Mart, Suite 900, Chicago, Illinois 60654, (847) 215-2961 (home office); the subjects of his work for Navigation Technologies and the business discussion with TrafficCast during 2001-2002, including his contacts with Pritchard regarding Navigation Technologies' traffic services.

20. Rolf Heitmann, (business address), Heitmann, Inc., 17 Annette Dr., Portsmouth, RI 02871-3703, (401) 683-4593; the subjects of his work as an independent contractor for TrafficCast, Inc., his knowledge of, work experience and contact with the plaintiff.

21. Mary Ricker, 35 Mechanic St, Foxboro, MA, 02035; the subjects of her knowledge of TrafficCast fund raising from friends and family in 2000.

22. John Ricker, 35 Mechanic St, Foxboro, MA, 02035; the subjects of his knowledge of TrafficCast fund raising from friends and family in 2000.

23. Terence Daley, 11 Linden St, Rockville Centre, NY 11570; the subjects of his knowledge of TrafficCast fund raising from friends and family in 2000.

B. <u>Description by category and location of all documents in the possession, custody or control of the plaintiff relating to the facts</u>.

1. The plaintiff's expense records submitted for reimbursement; counsel for the defendants has copies of the documents.

2. Correspondence with the plaintiff; counsel for the defendants has copies of the documents.

3. The records of payments to the plaintiff; counsel for the defendants has copies of the documents.

4. The plaintiff's business plans for the defendant; counsel for the defendants has copies of the documents.

5. The defendant's corporate tax returns and other financial records for the years 1999 to 2005; counsel for the defendants has copies of the documents.

6. 1099 Tax Forms issued to the plaintiff for 2000, 2001, and 2002; counsel for the defendants has copies of the documents.

7. TrafficCast business records re agreements with potential business partners, customers and others; counsel for the defendants has copies of the documents.

8. TrafficCast business records re consulting agreements; counsel for the defendants has copies of the documents.

9. Corporate records, including Articles of Organization, By-Laws, Stock Certificates, Corporate Meeting Minutes, MOU, receipts for investments; counsel for the defendants has copies of the documents.

10. Correspondence with the plaintiff's attorneys; counsel for the defendants has copies of the documents.

All of the above listed documents are available for inspection and copying at the offices of the defendants' counsel. However, several of the documents involve confidential, proprietary business information, which will not be released to the plaintiff and his attorneys until a mutually agreeable form of Protective Order has been entered by the Court. The defendants have proposed an agreeable form of Protective Order entered by the courts in several other cases involving similar confidential business information.

C. <u>Computation of categories of damages claimed</u>.

1. Subcontractor fees collected by plaintiff after breach of his agreement by failing to perform in venture fund raising: $90,000.

2. Improper reimbursements submitted by plaintiff for unauthorized business trips and entertainment, which were not reasonable and necessary expenses: $5,000.

3. Advance to plaintiff in February of 2002 to pay his tax obligation: $20,000.00.

4. Loss of business sales due to i3Mobile's non-renewal of contract: license fee of $200,000 for 2 years (2001-2003).

5. Unreturned furniture, computer and phone equipment: $2,000

6. Multiple damages:

   Actual damages caused by plaintiff   = $317,000.00

   Multiple damages of 3 times          = $951,000.00

7. Costs and attorneys' fees: unknown at this time.

D. <u>Any insurance agreement that may provide coverage for part or all of any judgment which may be entered in this action</u>.

The defendants are not aware of the existence of any such insurance agreement.

                Respectfully submitted,

                By the Defendants,

                TRAFFICCAST, INC., BIN RAN.,
                and CONNIE JING LI,

                   /s/ Brian A. Gillis, Esq.    .
                Brian A. Gillis, Esq., BBO# 547767
                Old City Hall
                Forty-Five School Street
                Boston, Massachusetts 02108
                (617) 720-4443

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by electronic mail on November 6, 2006.

                                                   /s/ Brian A. Gillis, Esq.
                                                   Brian A. Gillis, Esq.