UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PRITCHARD,<br>    Plaintiff,<br><br>    v.<br><br><br>TRAFFICAST, INC., et al,<br>    Defendants. | C.A. No. 05-11135-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.

    As agreed by the parties, this case is hereby REFERRED to Magistrate Judge Sorokin for mediation. The magistrate judge may also decide the pending motions relating to discovery.

                                              /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT JUDGE