UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW
Consolidated with 05CV-12288-MLW

ROBERT D. PRITCHARD, )
       Plaintiff, )
       )
v. )
       )
TRAFFICCAST, INC.; BIN )
RAN; AND CONNIE JING LI, )
       Defendants. )

**PLAINTIFF PRITCHARD'S MOTION TO EXTEND
ALL REMAINING LITIGATION DEADLINES**

The plaintiff Robert D. Pritchard ("plaintiff" or "Pritchard"), through his counsel of record, hereby moves this Honorable Court for two-month extensions for each of the litigation deadlines currently in force in this case. The current deadlines were established by this Court's Order of 9/15/06 [Docket No. 31]. Pritchard proposes to extend these deadlines as follows:

| Description | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Date for plaintiff's expert report(s) and disclosures under F.R.C.P. 26(a)(2) | 3/2/07 | 5/2/07 |
| Disclosures of defense expert(s) and F.R.C.P. 26(a)(2) disclosures | 4/13/07 | 6/13/07 |
| Completion of all discovery | 5/31/07 | 7/31/07 |
| Date by which counsel shall confer and file a report as to settlement, and as to possible summary judgment motions | 6/15/07 | 8/15/07 |
| Final pre-trial conference | 8/6/07 | 10/8/07 |
| Commencement of trial | 8/13/07 | 10/15/07 |

{00108877.DOC}

1

As reasons for plaintiff's requested extension of litigation deadlines, plaintiff states as follows:

1. The initial disclosures under F.R.C.P. 26(a)(1) were due to occur on 11/6/06 [Order at Docket No. 31].

2. Defense counsel Brian Gillis inspected Pritchard's initial document production on 12/1/06 and, shortly thereafter, arranged for a copying service to copy those documents that defendants wished to have copies of.

3. Because of the pending dispute concerning the language and terms of the confidentiality agreement (proposed Protective Order), defense counsel has not yet permitted plaintiff's counsel to inspect or copy defendants' initial document production [*see* Memoranda at Docket Nos. 39 and 44].

4. Because plaintiff's counsel have not been able to see defendants' documents, they have not yet served any written discovery requests nor conducted any depositions.

5. Defense counsel has requested and noticed the deposition of plaintiff Pritchard. Plaintiff's counsel has requested the depositions of defendants Bin Ran, Connie Li, and their employee Jerome Chen. None of these depositions can be scheduled until plaintiff has defendants' document production.

6. On 3/8/07, this Court has scheduled a hearing on front of Magistrate Judge Leo Sorokin, to decide the pending discovery motions, which will resolve the terms of the Protective Order and resolve the disputes over defendants' document production. Plaintiff's counsel expect that Judge Sorokin will order terms for the Protective Order (over which the parties have disagreed) and also order a date on which plaintiff's counsel (or a copy service) can pick up

defendants' documents and then have them copied.

7.  Once defendants' documents have been made available to plaintiff's counsel, and once plaintiff's counsel have had a chance to inspect these documents, it is expected that the parties will engage in a court-supervised mediation session.

8.  If this court-supervised mediation session is not successful, the parties will need additional time within which to conduct written discovery and depositions in this case.

9.  The requested extensions of the litigation deadlines would facilitate settlement in this case, and would also alleviate the time crunch caused by the delay in defendants' document production.

WHEREFORE, plaintiff respectfully requests that this Court extend all litigation deadlines (as set forth above) for two months each.

## REQUEST FOR ORAL ARGUMENT

Plaintiff's counsel requests that this Motion to Extend Deadlines be heard at the same time as the hearing on the pending discovery motions, on 3/8/07, before Judge Sorokin.

PLAINTIFF, ROBERT D. PRITCHARD,
By His Attorneys,

MICHIENZIE & SAWIN, LLC

Dated: 3/2/07     By: _____John Barker_____
                      Paul Michienzie – BBO NO: 548701
                      John C. Barker – BBO NO: 637406
                      745 Boylston Street, 5th Floor
                      Boston, MA 02116-2636
                      Tel: 617-227-5660

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV-11135-MLW
Consolidated with 05CV-12288-MLW

|  |  |
|---|---|
| ROBERT D. PRITCHARD,<br>    Plaintiff,<br><br>v.<br><br>TRAFFICCAST, INC.; BIN RAN; AND CONNIE JING LI,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT AND CERTIFICATION OF JOHN BARKER

I, John C. Barker, hereby depose under oath as follows:

1.  I am a partner at the Law Firm of Michienzie & Sawin LLC, 745 Boylston Street, Boston, MA 02116-2636. My firm represents plaintiff Robert Pritchard ("Pritchard" or "plaintiff") in the above-captioned case.

2.  I have personal knowledge of the facts set forth herein and have called to testify, could competently testify thereto.

3.  My office made plaintiff's initial document production available to defense counsel in November 2006. Defense counsel Brian Gillis inspected plaintiff's initial document production on 12/1/06 and, shortly thereafter, arranged for a copying service to copy those documents that defendants wished to have copies of.

4.  Defense counsel has not yet permitted us to inspect or copy defendants' initial document production in this case. Because of this, we have not yet served any written discovery requests nor conducted any depositions on behalf of plaintiff.

{00108989.DOC}

1

5.      The deposition of plaintiff Robert Pritchard has been noticed, but it has been delayed until after we can see defendants' initial document production in order to prepare.

6.      On 3/2/07, I caused to be electronically served on defense counsel Brian Gillis and Kevin Palmersheim, the following two sets of papers: (a) Plaintiff's Expert Disclosures Pursuant to F.R.C.P. 26(a)(2); and (b) Plaintiff's Motion to Extend all Remaining Litigation Deadlines.

7.      Before filing and serving plaintiff's Motion to Extend Deadlines, I communicated with defense counsel Brian Gillis through the email attached hereto, asking if he had comments or objections to extending all deadlines by two months, or if he would assent to such an extension. I did not hear back from Mr. Gillis as of the filing of this motion.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF MARCH 2007.

_____
John C. Barker

{00108989.DOC}

2

**John Barker**
___

**From:** John Barker
**Sent:** Thursday, March 01, 2007 3:04 PM
**To:** Brian Gillis (TrafficCast) (bgillis@socialaw.com)
**Cc:** Paul Michienzie
**Subject:** Extension of time deadlines in Pritchard case


Dear Mr. Gillis:  Because of the delay in obtaining documents, we would like to propose extensions of time for the all the remaining litigation deadlines in this case, by two months each.  We plan to so move the court.  We are sending this email to fulfill our obligation to confer with you in advance under Local Rule 7.1(A)(2).  Please respond immediately if you have any comments and/or objections, or if you will assent to this proposal.  We will file the motion today or tomorrow, with a request that it be heard at the 3/8/07 hearing.  Thank you, John Barker

**John C. Barker**
Michienzie & Sawin LLC
745 Boylston Street
Boston, MA 02116
Phone:   617-227-5660
Fax:       617-227-5882
E-mail:  jb@masatlaw.com

The information contained in this e-mail message is intended for the use of the individual or entity named above only, and may be protected from disclosure under applicable state and/or federal law.  If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at 617-227-5660, and delete the original message.

1