UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PRITCHARD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05cv11135-MLW |
| | ) | |
| TRAFFICCASST | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After hearing held today, the Court makes the following Orders.

1. The Defendants' Motion for a Protective Order (Docket #37) is ALLOWED IN PART AND DENIED IN PART. Defense counsel shall file a revised version of the protective order encompassing the changes ordered by the Court at the hearing today no later than the close of business Tuesday March 13, 2007. The revised version shall not include the proposed liquidated damage provision.

2. Defendants shall make available for inspection and copying their Rule 26 disclosures within seven days of receiving a signed protective order from Plaintiffs' counsel.

3. The Plaintiff's Motion to Compel (Docket # 39) is DENIED WITHOUT PREJUDICE as moot in light of the resolution of the protective order dispute.

4. The parties shall conclude the two depositions defendant identified and the three depositions plaintiff identified by May 1, 2007 so that they are ready for mediation in May, 2007.

Date: March 8, 2007                                /s/ Leo T. Sorokin
                                                   LEO T. SOROKIN
                                                   UNITED STATES MAGISTRATE JUDGE