UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT D. PRITCHARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAFFICCAST, INC.; BIN RAN; )<br>and CONNIE JING LI, )<br>)<br>Defendants. )<br>) | Civil Action No. 05CV-11135-MLW<br>Consolidated with<br>Civil Action No. 05CV-12288-MLW |

### NOTICE OF APPEARANCE OF RICHARD E. BENNETT

TO THE CLERK:

Please enter the appearance of Richard E. Bennett as counsel for plaintiff Robert Pritchard in the above-referenced action.

          Respectfully submitted,
          **ROBERT PRITCHARD**
          By his attorneys,

          /s/ Richard E. Bennett
          Paul Michienzie,    BBO# 548701
          John C. Barker,    BBO# 637406
          Richard E. Bennett,  BBO# 037740
          Michienzie & Sawin LLC
          745 Boylston Street, 5th Floor
          Boston, Massachusetts 02116
Dated: March 22, 2007          (617) 227-5660

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 22, 2007.

/s/ Richard E. Bennett

{00110519.DOC}