**TrafficCast, Inc. Competitors**

**Traffic & Map Firms**
AirSage
Cellint
Clear Channel
Inrix
IntelliOne
ITIS Holding
ITERIS
Landsonar
MetroCommute
Navteq/Traffic.com
TeleAtlas
TrafficMaster
Westwood One

**Portals**
  Ask.com
  CRN Web Network
  Myeareguide.com
  eZanga
  Fox Interactive
  Fun Mobility
  Google
  Info USA
  Mapinfo
  Mapquest/AOL
  mPortal
  MSN
  NASCAR.com
  WAP Online
  Where2getit.com
  Yahoo
  Yellowpages.com


**Mobile & Telematics**
AAA
ATX Technolgies
Axion
CabConnect

Citilabs
ClickSoftware
Cobra Electronics
Credible Wireless
CUNA Mutual Wireless Group
Datawind
Delphi
Destinator Technologies
Discrete Wireless
Driver Tech Inc
GM/OnStar
TCS/Kivera
Pharos/Verizon
GEOMicro/US Cellular
ALK
Trimble Outdoor/@Road
CircumNav
ALK Technologies
Geo Comm
Guidepoint Systems
Rand McNally
Squareloop
TrafficGauge
TeleNav
Wired Commute
XM Satellite
Zua Scene
Autodesk
Cingular Wireless

Alpine Electronics
BMW
Cross Country Automotive
Daimler Chrysler
deCarta
Dash Navigation
Denso
Destinator
Easy 411
Ford
Freescale
Fujitsu Ten

Garmin
Handango
Jumptap
InfoNow Corporation
KORE Wirless
Landnet Corp
Latitude Geographics
Lucent Technologies
Magellan
Mapfusion
Maptuit
Mobile Gates
mFoundry
Microsoft
Mobile Awareness
Motorola
Mobile Objects
Rand McNally
Navman
Networks in Motion
Nissan
Palm
PTV America
Qualcomm
RouteSmart Technoligies
RouteView Technologies
Rosum
ROUTE 66
Siemens
Sirius Satellite Radio
Safefreight Technology
Sapias. Inc
Stiefel Labs
Siemens ITS
SiriCOMM
Sprint Nextel
Sony
Swan Island Networks
Teletype
Telemap
Telargo, Inc
Teleworks
Telogis

Telenav
TellMe Networks
Telus Mobility
TelVue Corporation
Teletrac
T-Mobile
TomTom
TrafficFirst
Toyota
US Cellular
Verizon Wireless
Visteon Automotive
Voice Box Technoligies
Wherify Wireless
Volvo Group
XORA
Xpherix
TC China


**Fleet Logistics (CVO & Commercial Telematics)**
   Accela, Inc
   Ares Digital
   Agentek, Inc
   At Road/Trimble
   ESRI
   HELP, Inc/ACS
   Manning NavComp
   Choice Logistics
   Schneider
  CompassCom
   DHL Express
  Dynamic Mobile Data Solutions
   Federal Express
   Fleet Risk Advisors
   Fulcrum Technolgies
   Garmin Int'l.
   Gearworks
   GeoAge, Inc
   Golden State Overnight
   GeoLogic Solutions
   geoVue

Global Track
GM Onstar
GT3
Grey Island Systems
ijet Travel Risk Management
Ibiquity

**Fleet Logistics (CVO & Commercial Telematics) - continued**

harGIS
Mentor Engineering
MIR3
Miranda Technolgies
My Guide Ltd
Navigon
Performance Transporation
Phoeneomena
ProMiles Software
Prophesy Transportation Solutions
Protecticom
Quality Communications
Raco Industries
RoadComm
Taxi Logistics Company
The Car Connection
Tier 3, Inc
TMW Systems
TranWare
Tripmaster Corporation
Wayfinder Systems
UA Cargo
XATA Corp
Zoll Data Systems
3Soft, Inc


**Customers/Others to Whom Confidential Information must not be Disclosed**
AppGeo
U.S. Department of Defense
U.S. Army Corps of Engineers
U.S. Department of Homeland Security

U.S. Department of Transportation
All State/County/City Departments of Transportation (e.g, Wisconsin DOT, Chicago DOT, etc.)
FEMA
NASA
eSpatial
Geographic Technologies
GeoDecision
Illinois Tollway Authority
Intelligent Transportation Society of America
Institute of Transportation Engineers
Society of Automobile Engineers
American Transportation Research Institute (Previous American Trucking Associations Foundation)
AASHTO
All Transportation Consulting Companies that provide Consulting Services in Intelligent Transportation Systems
All Universities that Perform Researches or Offer Courses in Intelligent Transportation Systems
All Research Institutes that Perform Researches in Intelligent Transportation Systems

**TV, Radio, & Print**
ABC
CBS
NBC
Clear Channel
Fox
Traffic.com/Navteq
Sigalert
Westwood One
Weather Central
MyWeather
Beat the Traffic (TV)
Weather Channel
AccuWeather