UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PRITCHARD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05cv11135-MLW |
| | ) | |
| TRAFFICCASST | ) | |
| | ) | |
| Defendant. | ) | |

<u>AMENDED ORDER</u>

In light of the Mediation, the Court hereby strikes paragraph 4 of its March 8, 2007 Order

(Docket #49) and replaces it with the following paragraph 4.

4. The parties shall conclude the two depositions defendant identified and the three

depositions plaintiff identified by May 31, 2007 unless the case is reported settled before that

date.

Date: April 26, 2007                        /s/ Leo T. Sorokin
_____     LEO T. SOROKIN
                                   UNITED STATES MAGISTRATE JUDGE