UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT D. PRITCHARD,<br><br>    Plaintiff,<br><br>v.<br><br>TRAFFICCAST, INC.; BIN RAN;<br>and CONNIE JING LI,<br><br>    Defendants. | Civil Action No. 05CV-11135-MLW<br>Consolidated with<br>Civil Action No. 05CV-12288-MLW |

## JOINT MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

The parties jointly move, in accordance with the instruction of Magistrate Judge Collings, that they be allowed to submit under seal a joint motion for protective order. For good cause, the parties state that while a protective order already has entered in this action, there is further matter concerning which they have agreed upon specific confidentiality treatment. To present and explain this matter to the Court requires disclosure and/or discussion of the very information sought to be protected. Filing the joint motion under seal will preserve the confidentiality that is sought and to which the parties have agreed.

WHEREFORE, the parties request that they be allowed to file a joint motion for protective order under seal. The parties will file said motion following allowance of this motion.

Respectfully submitted,

/s/ Richard E. Bennett
Paul Michienzie,    BBO# 548701
John C. Barker,    BBO# 637406
Richard E. Bennett,  BBO# 037740
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116
(617) 227-5660

Attorneys for Robert Pritchard

/s/ Brian A. Gillis (by REB per e-mail and telephone authorization)
Brian A. Gillis, BBO# 547767
Old City Hall
45 School Street
Boston, Massachusetts 02108
(617) 720-4443

Attorney for TrafficCast, Inc.,
Bin Ran and Connie Jing-Li