UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT D. PRITCHARD,<br>　　　Plaintiff<br><br>v.<br><br>TRAFFICCAST, INC., BIN RAN.,<br>and CONNIE JING LI<br>　　　Defendants. | CIVIL ACTION NO. 05CV-11135-MLW |

JUDGMENT FOR DEFENDANTS ON PLAINTIFF'S AMENDED COMPLAINT

The plaintiff, Robert D. Pritchard, and the defendants, Trafficcast, Inc., Bin Ran., and Connie Jing Li, hereby stipulate and agree to the entry of judgment dismissal with prejudice in favor of all of the defendants and against the plaintiff on all claims of the plaintiff's Amended Complaint, without costs. The parties further stipulate and agree that there is no just reason for delay and the Court may expressly direct that this Judgment shall enter forthwith as a separate and final Judgment of the Court pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By the Plaintiff,

ROBERT D. PRITCHARD

By his Attorneys,

　/s/ Richard E. Bennett, Esq.　
Paul Michienzie, Esq., BBO# 548701
John C. Barker, Esq., BBO# 637406
Richard E. Bennett, Esq., BBO# 037740
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116
(617) 227-5660

By the Defendants,

TRAFFICCAST, INC., BIN RAN.,
and CONNIE JING LI,

By their Attorneys,

　/s/ Brian A. Gillis, Esq.　
Brian A. Gillis, Esq., BBO# 547767
Old City Hall
Forty-Five School Street
Boston, Massachusetts 02116
(617) 720-4443