UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT D. PRITCHARD,           )
    Plaintiff                )
                     )        CIVIL ACTION NO. 05CV-11135-MLW
v.                             )
                     )
TRAFFICCAST, INC., BIN RAN.,   )
and CONNIE JING LI             )
    Defendants.              )

### STIPULATION OF DISMISSAL OF DEFENDANTS' COUNTERCLAIMS

    The plaintiff, Robert D. Pritchard, and the defendants, Trafficcast, Inc., Bin Ran.,

and Connie Jing Li, hereby stipulate and agree to the dismissal with prejudice of the

Counterclaims, without costs.

Respectfully submitted,

By the Plaintiff,                              By the Defendants,

ROBERT D. PRITCHARD                           TRAFFICCAST, INC., BIN RAN.,
                                              and CONNIE JING LI,

By his Attorneys,                             By their Attorneys,

  /s/ Richard E. Bennett, Esq.                 /s/ Brian A. Gillis, Esq.
Paul Michienzie, Esq., BBO# 548701            Brian A. Gillis, Esq., BBO# 547767
John C. Barker, Esq.,  BBO# 637406            Old City Hall
Richard E. Bennett, Esq., BBO# 037740         Forty-Five School Street
Michienzie & Sawin LLC                        Boston, Massachusetts 02116
745 Boylston Street, 5th Floor                (617) 720-4443
Boston, Massachusetts 02116
(617) 227-5660