# United States District Court
# District of Massachusetts

**ROBERT D. PRITCHARD,**
    Plaintiff,

        v.                          CIVIL ACTION NO. 2005-11135-MLW

**TRAFFICCAST, INC.,**
**BIN RAN,**
**CONNIE JING LI,**
    Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On April 24 and May 16, 2007, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| \_\_\_\_\_ | MINI-TRIAL | \_\_\_\_\_ | SUMMARY JURY TRIAL |
| \_\_\_\_\_ | SETTLEMENT CONFERENCE | | |

[X]  The case was SETTLED. The case is RETURNED to the Clerk's Office with the notation that Chief Judge Wolf has to rule on Motion #60.

<u>June 11, 2007</u>                                   *Robert B. Collings*
DATE                                              ROBERT B. COLLINGS
                                                     United States Magistrate Judge

Copy to:    Chief Judge Wolf
                  Rebecca Tyler, Esquire,
                  Counsel for all parties.