UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT D. PRITCHARD,<br>　　　　Plaintiff(s)<br><br>v.<br><br>TRAFFICAST INC., et al<br>　　　　Defendant(s) | C.A. No.  05-11135-MLW<br>Consolidated with CA No. 05-12288-MLW |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

　　The Court having been advised, on JUNE 11, 2007, by MJ COLLINGS that the above-captioned action settled:

　　It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

　　If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

　　　　　　　　　　　　　　　　　　　　　By the Court:
　　　　　　　　　　　　　　　　　　　　　Sarah A. Thornton, Clerk


June 18, 2007　　　　　　　　　　　　　　　/s/Dennis O'Leary
Date　　　　　　　　　　　　　　　　　　　Deputy Clerk