UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT D. PRITCHARD,<br><br>Plaintiff,<br><br>v.<br><br>TRAFFICCAST, INC.; BIN RAN;<br>and CONNIE JING LI,<br><br>Defendants. | Civil Action No. 05CV-11135-MLW<br>Consolidated with<br>Civil Action No. 05CV-12288-MLW |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following document is being filed manually under seal with the Court pursuant to the June 18 Order of the Court allowing the Joint Motion for Leave to File Motion under Seal (Docket Index 60) and is available in paper form only:

- Joint Motion for Protective Order.

The Original documents are maintained in the case file in the Clerk's Office.

/s/ Richard E. Bennett
Paul Michienzie,   BBO# 548701
John C. Barker,    BBO# 637406
Richard E. Bennett, BBO# 037740
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116
(617) 227-5660